ACCEPTED
03-17-00603-CV
21640024
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/5/2018 2:15 PM
JEFFREY D. KYLE
CLERK

## No. 03-17-00603-CV

**IN THE COURT OF APPEALS**
**FOR THE THIRD JUDICIAL DISTRICT**
**TRAVIS COUNTY, TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/5/2018 2:15:36 PM
JEFFREY D. KYLE
Clerk

TEXAS DEPARTMENT OF AGRICULTURE,
*Defendant-Appellant,*

v.

SHELIA LATTING,
*Plaintiff-Appellee.*

On Appeal from Cause No. D-1-GN-16-000284, in the
201st Judicial District, Travis County, Texas,
The Honorable Gisela Triana, Presiding

### BRIEF OF APPELLEE SHELIA LATTING

**THE HANEY LAW FIRM, P.L.L.C.**
808 W 10th Street, Suite 100
Austin, Texas 78701
(512) 476-2212
Fax: (512) 476-2202           **ORAL ARGUMENT REQUESTED**
Susan J. Haney
State Bar No. 08908550
 susan@thehaneylawfirm.com
Caitlin Haney Johnston
State Bar No. 24087661
Caitlin@thehaneylawfirm.com
**ATTORNEYS FOR APPELLEE SHELIA LATTING**

# TABLE OF CONTENTS

Index of Authorities............................................................................iii

Statement of the Case..........................................................................v

Statement Regarding Oral Argument......................................................vi

Issues Presented...............................................................................vii

Introduction.....................................................................................1

Statement of Facts.............................................................................2

      A.     Latting had a long history as a state of Texas employee.................2
      B.     Latting's Employment with TDA was terminated. ......................5
      C.     Latting was replaced by two white, less-qualified women...............6

Summary of the Argument....................................................................7

Argument........................................................................................8

      A.     Standard of Review.............................................................8
      B.     Latting establishes a prima facie case for discrimination...............10
      C.     At a minimum, a fact issue exists as to whether Latting was Qualified.......................................................................12
      D.     The "Reduction in Force" subject line is further evidence of discrimination.............................................................16
      E.     TDA's manipulation of the job posting is further evidence that discrimination was the cause of Latting's termination..............19

Prayer...........................................................................................22

Certificate of Service.........................................................................23

Certificate of Compliance....................................................................24

# INDEX OF AUTHORITIES

## Cases

*Baker v. Gregg Cnty,* 33 S.W.3d 72 (Tex. App.–Texarkana 2000,
petition dism'd)...................................................................................10

*Burger v. New York Inst. of Tech.,* 4 F.3d 830 (2nd Cir. 1996)........................21

*El Paso Cmty Coll. Dist. v. Chase,* 355 S.W.3d 164 (Tex. App.—El Paso
2011, pet. denied).................................................................................16

*El Paso Cmty Coll. v. Lawler,* 349 S.W.3d 81 (Tex. App.—El Paso
2010, no pet.)...........................................................................10, 12, 13

*EEOC v. Manville Sales Corp.,* 27 F.3d 1089 (5th Cir. 1994)........................17

*Julian v. City of Houston,* 314 F.3d 721 (5th Cir. 2002)..............................15

*Little v. Texas Dept. of Criminal Justice,* 177 S.W.3d 624 (Tex. App.–Houston
[1st Dist.] 2005, no pet.)...........................................................................17

*McDonnell Douglas Corp. v. Green,* 411 U.S. 792 (1973).....................9, 10, 16

*Mesquite Indep. Sch. Dist. v. Mendoza,* 441 S.W.3d 340
(Tex. App.–Dallas 2013, no pet.)................................................................21

*Mission Consol. Indep. Sch. Dist. v. Garcia,* 372 S.W.3d 629
(Tex. 2012)........................................................................................9,10

*Reeves v. Sanderson Plumbing Prod.,* 530 U.S. 133, 120 S. Ct 2097 (2000)...16, 17

*Texas Dept. of Criminal Justice v. Cooke,* 149 S.W.3d 700
(Tex. App.—Austin 2004, no pet.)........................................................15, 16, 21

*Tex. Dept. Of Parks & Wildlife v. Miranda,* 133 S.W.3d 217 (Tex. 2004)............8

*Tex. Natural Research Comm'n v. IT Davy*, 74 S.W.3d 849 (Tex. 2002)..............8

*Russo v. Smith Int'l, Inc.,* 93 S.W.3d 428 (Tex. App.–Houston
[14th Dist.] 2002, pet. denied)...............................................…..….17

**Statutes**

TEX. GOVT. CODE § 656.024........................................................…..19

TEX. LABOR CODE § 21.051 (TCHRA)................................................10

# STATEMENT OF THE CASE

| | |
|---|---|
| *Nature of the Case*: | Sheila Latting is seeking damages for the termination of her employment on the basis of race. Latting is a Black woman who was employed as the Deputy CFO at the Texas Department of Agriculture ("TDA"), whose employment was terminated and she was replaced with two lesser-qualified White women. |
| *Course of Proceedings*: | Latting sued TDA for race discrimination under Chapter 21 of the Texas Labor Code on January 19, 2016. CR. 3. TDA filed a *Plea to the Jurisdiction and Motion for Summary Judgment* on July 27, 2017. CR. 23. The trial court held a hearing on August 28, 2017. CR. 127 |
| *Trial Court*: | 201st Judicial District Court, Travis County, Texas, the Honorable Gisela Triana presiding. |
| *Trial Court Disposition*: | The trial court denied TDA's plea to the jurisdiction on September 1, 2017. CR. 253 |

# STATEMENT REGARDING ORAL ARGUMENT

Appellee agrees with Appellant that, because this appeal is potentially factually complex, oral argument would be helpful to this Court in resolving this appeal.

# ISSUES PRESENTED

1. Did Latting meet her burden in pleading and presenting a prima facie case of discrimination?

# INTRODUCTION

Latting was Deputy Chief Financial Officer of the Texas Department of Agriculture ("TDA"). Following the election of the new Commissioner of Agriculture, Sid Miller, Latting initially impressed Commissioner Miller with her knowledge and understanding of the TDA budget. Based on this positive impression, Miller initially offered Latting the position of Chief Financial Officer.

In the midst of preparing to take over as Chief Financial Officer, Latting was unexpectedly terminated. She was given a termination letter with the subject line "Reduction in Force." The letter stated that her position would be eliminated. She was not informed that any similar positions would be opening up at TDA in the future.

The next business day, TDA posted two job descriptions with similar descriptions to Latting's position as Deputy Chief Financial Officer. One of the job listings even had the same position number as Latting's previous position.

Two white women were hired to take these two positions. Neither of the women hired had the same extensive background in agency budgets as Latting. Neither of the women were Certified Public Purchasing Buyers or had a similar level of continuing education as Latting. In doing a side-by-side comparison, at a minimum, a fact issue is created as to whether Latting is the better qualified

1

candidate and terminated because of her race, which precludes dismissal by a plea to jurisdiction.

**STATEMENT OF FACTS**

**A.      Latting had a long history as a state of Texas employee.**

Latting is a Black woman who had been employed by the State of Texas for approximately 21 years.  CR. 146 at ¶ 2. In June 2012, Latting was hired as the Deputy Chief Financial Officer of TDA. CR. 146 at ¶ 3.

On December 23, 2014, she was called into Commissioner Miller's office where she met with the Commissioner and the Commissioner's campaign manager Todd Smith. CR. 146 at ¶ 3.

Miller and Smith questioned Latting at length about the possible reorganization of the TDA budget. CR. 146 at ¶ 4. Commissioner Miller found Latting so knowledgeable about the budget that he offered her the job of Chief Financial Officer (replacing Heather Griffith Peterson, the current CFO). CR. 146-147 at ¶ 4.  Peterson was out of the office at the time and Commissioner Miller informed Latting that Peterson would not be returning to TDA as CFO. CR. 147 at ¶ 4.  Smith told Latting that if she could continue the Connected Texas program, she would have a bright future with the agency. CR. 147 at ¶ 4. Miller and Smith informed Latting that Smith's wife, Kellie Housewright-Smith, appointed by

2

Commissioner Miller as the Assistant Commissioner of Agriculture for Operations, would be working with Latting the following week and would give Latting a telephone call to discuss the details of the transition. CR. 147 at ¶ 4.

During this meeting, Miller and Smith asked Latting many questions about the timing of restructuring the budget and Latting's desired team. CR. 147 at ¶ 5. After approving Latting's desired team members, they told Latting to start assembling her team and to prepare a re-organization of TDA showing Latting as CFO. CR. 147 at ¶ 5. Commissioner Miller gave Latting his personal cell phone number and promised she would receive a call from Housewright-Smith. CR. 147 at ¶ 5; CR. 178 at lines 16-21. After Latting left the Commissioner's office, Smith came to Latting's office and gave her her first assignment as CFO. CR. 147 at ¶ 5.

Latting called her colleagues to assemble a team, including one employee who had given his resignation notice but rescinded it so that he could accept a position on Latting's team. CR. 147 at ¶ 6. Latting worked extensively over the holidays on restructuring the Capital Budget to correct the Legislative Appropriations Requests ("LAR").[1] CR. 147 at ¶ 6. Latting emailed her base

---

[1] Latting's restructure of the budget was ultimately used after her dismissal by Commissioner Miller's team headed by Terry Keel. CR. 147-148 at ¶ 6.

3

recommendations to Fearneyhough and Housewright-Smith. CR. 147 at ¶ 6; CR. 195-209.

The following week, on December 29, Housewright-Smith arranged a meeting with Latting, Housewright-Smith and Walt Roberts, appointed by Commissioner Miller as the Assistant Commissioner of Agriculture for Legislative Affairs and External Relations, to discuss the promotion and transition. Latting accepted the promotion. CR. 148 at ¶ 7.

At this meeting, in Latting's presence, Housewright-Smith called a representative from the Human Resources Department of TDA to determine what needed to be done to move Latting into the CFO position in compliance with TDA policy. CR. 148 at ¶ 8. Human Resources reported to Housewright-Smith and Roberts, in the hearing of Latting, that Latting could be promoted immediately to the CFO position without it being posted, but pointed out that Latting's Deputy Chief Financial Officer job would need to be posted for ten days before it could be filled. CR. 148 at ¶ 8. The HR representative stated that the Deputy Chief Finance Officer job could be posted as an emergency posting, but would still need to be posted for a minimum of five days. CR. 148 at ¶ 8.

Latting worked over the holidays to prepare for her promotion and transition to the new team she had assembled. CR. 148 at ¶ 9. On December 31, Latting met

with Housewright-Smith, Roberts and Fearneyhough. CR. 148 at ¶ 9. They met with a contractor to discuss the Connect Texas program and the termination of Peterson as CFO. CR. 148 at ¶ 9. On Friday, January 2, 2015, Latting again checked in with Fearneyhough, letting him know what she had been able to accomplish. CR. 148 at ¶ 9.

When Latting returned to the TDA office on January 5, 2015, expecting to be appointed CFO, she found Peterson in her office. CR. 148 at ¶ 10. Latting called, emailed and texted Housewright-Smith and Deputy Commissioner Fearneyhough, asking them about the plan moving forward but neither of them responded. CR. 195-209; CR. 148 at ¶ 10.

**B. Latting's employment with TDA was terminated.**

Unknown to Latting, evidently during the same period, Commissioner Miller appointed Terry Keel ("Keel"), then executive director of the Texas Facilities Commission ("TFC"), as an assistant commissioner at TDA. CR. 149 at ¶ 11. Keel brought at least six of his colleagues from TFC with him to TDA. CR. 149 at ¶ 11.

On January 12, 2015, Latting was called into a meeting with Housewright-Smith, Peterson and Cynthia Mendoza from HR. Latting was given a letter stating that TDA was going through a reduction in force and her position was eliminated, but Latting would remain on the payroll until April 12, 2015. CR. 149 at ¶ 12; CR.

5

210. Latting was then told that her services were no longer needed and that she could leave that day. CR. 149 at ¶ 12. The next day Peterson announced that she was resigning as CFO. CR. 149 at ¶12.

**C. Latting was replaced by two white, less-qualified women.**

Keeping in mind that TDA used the pretense of a "reduction of force" to terminate Latting, the next day, TDA posted two hiring positions that substantially mirrored Latting's job description. CR. 149 at ¶ 14. The two job postings (one marked as Classification no. 1620) are effectively the same job as the position Latting held, but split into two positions. CR. 149 at ¶ 14; CR. 211-219.

In her 21 years work experience with the State, when an employee is laid off as a result of a reduction in force, Latting testified that it is the State's custom and policy to notify that employee of postings for new positions. CR. 149 at ¶ 13. No one told Latting in the meeting or afterward that two new positions would be posted the next day. CR. 149 at ¶ 13.

The jobs were only posted for three business days and were filled by two White women, April Bacon and Rebecca Sanchez, both of whom were brought from the TFC to TDA by Keel. CR. 150 at ¶ 16. The combined salaries for the two new employees exceed the salary that was paid to Latting by approximately $5,000 per month, in addition to the other employment benefits now being received by the

6

new employees. CR. 150 at ¶ 15; CR. 156-157. Three months after their hire, the two employees received substantial raises. CR. 156-157.

On May 13, 2015, more than four months after their initial hire by TDA, both Sanchez (CR. 160-161) and Bacon (CR. 164-165) signed altered job descriptions. In fact, on May 13, 2015, Bacon and Sanchez each signed two job descriptions, one that was revised "2/01/15" and the other made "effective 3/01/15." (Sanchez) CR. 158-161; (Bacon) CR. 162-165.

There was no mass layoff of employees in the TDA's alleged "reduction in force." CR. 123 at ¶ 8. The other three employees, Judy Bottoms, Ed Kelly and Ron Baker, whose employment with TDA was terminated at the same time as Latting, had poor performance issues. CR. 150 at ¶ 17.

At all relevant times, Miller was acting in his official capacity as Commissioner of TDA. CR. 122 at ¶ 1.

## SUMMARY OF ARGUMENT

Appellant must establish that Latting failed to plead and submit evidence to support her prima facie case of race discrimination. Latting established her prima facie case by both her pleadings and her evidence, but Appellant contests Latting's evidence that she was qualified for the position from which she was discharged and the positions created for Sanchez and Bacon. By presenting evidence contesting

Latting's evidence, Appellant created a fact issue regarding her qualifications, which fact issue precludes the granting of the plea to jurisdiction. A plaintiff is not required to marshal evidence and prove her claim to satisfy this jurisdictional hurdle. Appellee, both at the trial level and this appellate level, has submitted sufficient evidence to, if not prove her jurisdictional elements, create a fact issue as to those jurisdictional elements that must now be determined by the trier of fact. The trial court's denial of Appellant's plea to jurisdiction should be affirmed.

## ARGUMENT

### A. Standard of Review

Appellee agrees with Appellant that the proper standard of review for an order denying a plea to the jurisdiction based on governmental immunity is *de novo*. *Tex. Natural Research Comm'n v. IT Davy*, 74 S.W.3d 849, 855 (Tex. 2002). When reviewing a plea to jurisdiction in which the pleading requirement has been met and evidence has been submitted to support the plea, the Court must take as true all evidence favorable to the nonmovant. *Texas Dept. Of Parks and Wildlife v. Miranda*, 133 S.W.3d 217, 228 (Tex. 2004) (citation omitted). The Court should indulge every reasonable inference and resolve any doubts in the nonmovant's favor. *Id.*

8

To succeed in this appeal, Appellant must properly challenge Latting's prima facie case by way of a plea to the jurisdiction. A plea to the jurisdiction is a dilatory plea, the purpose of which is generally to defeat an action "without regard to whether the claims asserted have merit." *Mission Consol. Indep. Sch. Dist. v. Garcia,* 372 S.W.3d 629, 635 (Tex. 2012)(citations omitted).

However, a plea to the jurisdiction can also properly challenge the *existence* of those very jurisdictional facts. *Id. (emphasis theirs).* In those cases, the court can consider evidence as necessary to resolve any dispute over those facts, even if that evidence "implicates both the subject-matter jurisdiction of the court and the merits of the case." *Id.* (citations omitted).

In those situations, a court's review of a plea to the jurisdiction mirrors that of a traditional summary judgment motion. *Id.* (citations omitted). Initially, the defendant carries the burden to meet the summary judgment proof standard for its assertion that the trial court lacks jurisdiction. *Id.* (citations omitted). If it does, the plaintiff is then required to show that a disputed material fact exists regarding the jurisdictional issue. *Id.* (citations omitted). *If a fact issue exists, the court should deny the plea. Id. (emphasis ours).*

For a plaintiff who proceeds along the *McDonnell Douglas* burden-shifting framework as put forth in *McDonnell Douglas Corp. v. Green,* 411 U.S. 792

9

(1973), the prima facie case is the necessary first step to bringing a discrimination claim under the TCHRA. *Mission, supra* at 637. A plaintiff will not be required to marshal evidence and prove her claim to satisfy this jurisdiction hurdle. *Id.* (citations omitted). While a plaintiff must plead the elements of her statutory cause of action – the basic facts that make up the prima facie case – so that the court can determine whether she has sufficiently alleged a TCHRA violation, she will only be required to submit evidence if the defendant presents evidence negating one of those basic facts. *Id.* (citations omitted). And even then, the plaintiff's burden of proof with respect to those jurisdictional facts must not involve a significant inquiry into the substance of the claims. *Id.* (citations omitted).

**B.     Latting establishes a prima facie case for discrimination.**

In establishing a prima facie case, the plaintiff is only required to make a minimal showing. *El Paso Cmty. Coll. v. Lawler,* 349 S.W.3d 81, 86 (Tex. App.— El Paso 2010, no pet.)(citations omitted). A prima facie case of race discrimination requires proof that the plaintiff (1) is a member of a protected class; (2) was discharged; (3) was qualified for the position from which she was discharged; and (4) was replaced by someone outside the protected class. *Baker v. Gregg Cnty,* 33 S.W.3d 72, 80 (Tex. App.–Texarkana 2000, petition dism'd).

10

Latting is a Black female so she clearly falls within the relevant protected class, thereby meeting the first element of the prima facie case. She was discharged, thereby meeting the second element. She was qualified for the position from which she was discharged. Appellant erroneously states that Latting lacked experience with the Uniform State Accounting System ("USAS") software that was used by TDA. The truth is that Latting had extensive experience with USAS and USAS is the only software that Latting used for years while employed by the State. CR. 151 at ¶ 21. Appellant provided no evidence that Latting was not qualified or that she had performance issues, thereby meeting the third element. Miller admits that he considered promoting Latting to CFO. CR. 180, line 19 to CR. 181, line 8. Miller praised Latting and found her to be knowledgeable and helpful. CR. 122 at ¶ 3; CR. 175 at lines 6-8.

> Q:   Did you find Ms. Latting to be knowledgeable about the Department's budget?
> A:   Yes, I did.

* * * * *

> Q:   Okay. And then, did you find Ms. Latting helpful in her suggestions about how to re-organize the budget?
> A:   She was very helpful.

During his meeting with Latting in December 2014, Miller was impressed with Latting and her abilities. CR. 177, line 25 to CR. 178, line 10.

11

Q: Did you – did you disclose to her that you were unhappy with Heather's responses in your previous interview with Heather?

A: I did, and Shelia explained a lot of shortcomings in the financial department that I was not aware of. I was appreciative of that. So it painted an even more dire picture than I actually realized at that time after meeting with Shelia.

Q: When that meeting ended, did you have a positive impression about Ms. Latting and her abilities?

A: I did. I was impressed.

Latting was replaced by someone outside the protected class, April Bacon and Rebecca Sanchez, who are White females, thereby meeting the fourth element of a prima facie case of race discrimination. Miller testified in his deposition "I believe Ms. Latting's position, we actually made two positions out of that one." CR. 188, lines 18-24. All of Latting's responsibilities were assigned to White employees Sanchez and Bacon who were not existing employees of TDA at the time of Latting's termination. CR. 151 at ¶ 14; CR. 125-126 at ¶ 4.

Nonetheless, Appellant persists in its argument that Latting was not qualified for either of the two positions created in place of her Deputy CFO position.

**C.    At a minimum, a fact issue exists as to whether Latting was qualified.**

If the plaintiff is successful in establishing a prima facie case, the burden of production shifts to the employer to produce evidence that the plaintiff was terminated for a legitimate, non-discriminatory reason. *Lawler, supra* at 86. In

*Lawler,* the employer claimed that the plaintiff was not qualified to teach a class after new requirements were added to the job description. *Id.* at 87. The Court found that the evidence submitted was sufficient to create a fact issue as to whether Lawler was qualified to teach a welding course under the qualification standard utilized by the community college and that fact issue precluded the granting of the defendant's plea to the jurisdiction. *Id.*

Miller admitted in his deposition that he considered promoting Latting to CFO after meeting her on December 23, 2014. CR. 180, line 19 to CR. 181, line 8.

> Q:    ...So after the meeting with Ms. Latting on December 23rd, 2014, do you recall having any conversations with Walt or Todd about how impressed you were with Ms. Latting?
> A:    I do remember being impressed with Ms. Latting and her knowledge at that time, and was actually considering to put her in charge of the financial department.
> Q:    Okay. And so who did you discuss that consideration with?
> A:    I don't remember specifically but I'm sure I discussed it with my team.  At that time it would have been Walt, my consultant, and Todd.
> Q:    And Kellie?
> A:    Probably Kellie, too.

When asked what happened between December 23 and January 12 in his deposition to make him not care if he lost Latting as an employee, Miller became flustered and could not offer an explanation of substance. CR. 119. He referred to Terry Keel, who had mentioned Diana Warner to him.  CR. 189, lines 6-10. But he was unsure of when Keel came on board with the TDA, finally settling on

13

sometime between January 10th or 12th. CR. 185, lines 8-9. Keel was hired by the TDA on January 12, 2015, the day of Latting's termination. CR. 154-155; CR. 168-169.

In its brief, Appellant attempts to rely on an audit of the agency's finances to support its decision to discharge Latting. But the audit took a year to complete, long after Latting had been discharged. CR. 186, lines 9-11. Nothing was uncovered in the audit to cause Miller to believe that Latting had done anything illegal or improper. CR. 186, line 21 to CR. 187, line 1:

> Q:  ...was anything uncovered in that audit that caused you to believe that Ms. Latting had done anything illegal or improper?
> A:  Again, it wasn't – we weren't going on a witch hunt to look for employees.  So, no, there was nothing that pointed directly to Ms. Latting.

Latting provided concise and comparative charts summarizing the qualifications of Latting as to both Sanchez's and Bacon's qualifications for Latting's job that was split into two jobs. CR. 150 at ¶ 16; CR. 235. Latting has three times the number of years in accounting experience than Sanchez has and has fifteen years of managerial experience, while Sanchez has virtually none. *Id.* Latting has significant financial certifications while Bacon has none. CR. 153. Bacon's job does not require a doctor of jurisprudence, but states that a masters in accounting would equally meet the preferred qualifications for the job. CR. 113.

14

Latting's 29 years in finance and accounting are equivalent to a master's degree in accounting.

The job posting for Sanchez's job says that a masters in accounting is preferred but Sanchez does not have a masters in accounting. CR. 115. She has a masters in business administration. CR. 220. The job posting for Bacon's job requires a four-year degree in business, finance, accounting or related area of study, while Bacon holds a bachelor's degree in radio and television. CR.217; CR. 227.

Although pointing to clearly superior qualifications is one permissible way to demonstrate intentional discrimination, a plaintiff is not *required* to make this showing. *Julian v. City of Houston,* 314 F.3d 721, 728 (5th Cir. 2002)(emphasis theirs).

This Court in *Texas Dept. of Criminal Justice v. Cooke,* 149 S.W.3d 700 (Tex. App.—Austin 2004, no pet.) considered a similar case where the plaintiff alleged failure to promote based upon his race and the defendant countered that the plaintiff was not qualified for the position. If a plea to the jurisdiction challenges the existence of jurisdictional facts, the Court should consider relevant evidence submitted by the parties when necessary to resolve the jurisdictional issues raised. *Id.* at 704 (citations omitted). If the evidence creates a fact question regarding the

jurisdictional issue, then the trial court cannot grant the plea to the jurisdiction, and the fact issue will be resolved by the fact finder. *Id.* at 705. As in this case, the jurisdictional issue in *Cooke* is whether the plaintiff was qualified for the position. *Id.* at 706. In *Cooke*, both parties submitted charts of comparison of qualifications of the different applicants. *Id.* at 707. This Court held in *Cooke* that the evidence created a fact issue concerning whether the plaintiff had established a prima facie case of racial discrimination and affirmed the district court's order denying the Department's plea to the jurisdiction. *Id. See also El Paso Cmty Coll. Dist. V. Chase*, 355 S.W.3d 164, 169-170 (Tex. App.—El Paso 2011, pet. denied)(holding that EPCC's challenge to evidence regarding pretext not a jurisdictional fact that can be raised in a plea to the jurisdiction).

**D. The "Reduction in Force" subject line is further evidence of discrimination.**

In its unanimous opinion in *Reeves v. Sanderson Plumbing Products*, 530 U.S. 133, 144-46, (2000), the U. S. Supreme Court clarified that when the plaintiff offers proof that the employer's articulated reasons are false, the dispute must then be submitted to a jury to decide. *Reeves,* 530 U.S. at 144-46. Under *Reeves*, the plaintiff shows pretext by introducing evidence proving the reasons stated by the employer were not its true reasons but were a pretext for discrimination or that said

reasons where unworthy of credence. 530 U.S. at 143.[1] In reduction in force cases, the trial court is to "focus not on why employees, in general, were discharged, but instead why the plaintiff rather than another employee was discharged." *EEOC v. Manville Sales Corporation,* 27 F.3d 1089, 1096 (5th Cir.).

Appellant uses Diana Warner's, as the new CFO, reorganization of the Financial Services Division as its "legitimate non-discriminatory reason" for eliminating Latting's Deputy CFO position. The written notice of termination given to Ms. Latting stated "reduction in force" as the reason for the elimination of her position. CR. 194. A reduction in force is a legitimate nondiscriminatory reason for discharge in the business context where the business experiences a slowdown in business.

In this case, however, the "reduction in force" was just a pretext for discharging Latting. There was no mass layoff of TDA employees. Miller admits that only four employees were let go (CR. 123 at ¶ 8) and the other three employees had poor performance issues (CR. 150 at ¶ 17). Miller also admits that the TDA had 100 positions that needed to be filled at the time of Latting's

---

[1] In the summary judgment, and therefor in the jurisdictional, setting, however, the plaintiff need not prove pretext but merely establish a genuine issue of material fact on the matter. *Russo v. Smith Int'l, Inc.,* 93 S.W.3d 428, 438 (Tex. App.–Houston [14th Dist.] 2002, pet. denied). See also *Little v. Texas Dept. of Criminal Justice,* 177 S.W.3d 624, 632 (Tex. App.–Houston [1st Dist.] 2005, no pet.).

17

termination (CR. 122-123 at ¶ 4) and shortly after Latting's termination, Miller gave everyone on his executive staff large raises in their salaries (CR. 182, line 20 to CR. 183, line 10):

A: The original salary of the assistant commissioners was 160 [160,000]. I raised everybody to the same level as my general counsel. The original salary was 160. After the raise, it was 180.
Q: Now, when you say you raised everybody to 180, is that everybody on the executive staff?
A. The assistant commissioners, yes. And the – that would also include the general counsel.
Q: So you gave those raises to those folks after you had learned that there were mistakes in the LAR and in the proposed budget, right?
A: Yes.
Q: And you gave those raises after you knew that you were – your department was at least $8 million in the red, correct?
A: Yes.

Miller also handed out close to $400,000 in bonuses in 2014. CR. 190, lines 1-10.

Appellant claims that Diana Warner made the decision to eliminate the Deputy CFO position as part of a "reduction in force," but Latting was discharged on January 12, 2015, and Warner was not hired by the TDA until January 21, 2015. CR. 149 at ¶ 12 and CR. 154; CR. 166-167. Warner could not have made that decision. Their claim that Warner made the decision to eliminate Latting's position is false. And despite an alleged need for a reduction in force, inferring a need to save money, no extensive layoffs were made and Miller substantially raised all of his executive staff's salaries within three months of Latting's discharge.

18

**E. TDA's manipulation of the job posting is further evidence that discrimination was the cause of Latting's termination.**

The intentional manipulation and alteration of the job postings for the White employees, Sanchez and Bacon, also infers discrimination. When an employee is discharged because of a "reduction in force," the State of Texas has a general policy of alerting the discharged employee of positions that need to be filled. CR. 151 at ¶ 13. No one in the January 12 discharge meeting told Latting that two new jobs would be posted the next business day. *Id.* Latting, going from believing she was going to be the new CFO to being terminated in two weeks' time, left that meeting in shock and disbelief. CR. 149 at ¶ 12.

Appellant crafted job postings intended to specifically exclude candidates other than Sanchez and Bacon by preferring a master's degree in accounting or a doctor of jurisprudence. This is particularly true for Bacon who has a degree in theater, limited finance and accounting experience and less government managerial experience than Latting. Appellant posted the two new job postings on January 13, 14 and 15, for only three days instead of the required ten days. TEX. GOVT. CODE § 656.024. Even if the postings were considered "emergency postings," which they could not be because any emergency was created by the elimination of Latting's

job, the job postings are required to be posted for five days minimum. CR. 148 at ¶ 8.

Job Posting #15-31-1 (CR. 214-215) for Administrator for Budget & Accounting for Sanchez's job had a Classification Title of Director I and Classification No. 1620, just like the Job Posting #12-31-1 (CR. 211-213) for Latting's job. Neither posting required a master's degree in accounting although Posting #15-31-1 stated that a Certified Public Account was preferred. The "Essential Duties" for Sanchez's job mostly contains about one-half of the essential duties listed for Latting's job. On May 13, 2015, two months after her hire, Sanchez signed two Position Descriptions. The first description (CR. 158-159) was for Director I, Classification No. 1620, showing in the bottom left corner "Date Revised: 02/01/2015." The second description (CR. 160-161), signed on the same day as the first description by Sanchez, was for Director III, Classification 1622, with an altered effective date in the bottom left corner of "03/01/2015." Signing two different Job Descriptions on the same day raises the inference that the Job Descriptions were manipulated or altered so that they no longer matched the job posting similar to Latting's job.

Job Posting #15-1000-1 (CR. 217-219) for Administrator for Financial Compliance for Bacon's job had a Classification Title of Director III and

20

Classification No. 1622. The job posting **requires** a four-year degree in "business, finance, accounting or related area of study." Bacon has a four-year degree in radio and television. Just like Sanchez, on May 13, 2015, Bacon signed two Position Descriptions. The first description (CR. 162-163) was for Director III, Classification No. 1622, like the job posting, and has a "Date Revised: 02/01/2015." The second description (CR. 164-165) was for Director V, Classification 1624 and has an "Effective Date: 03/01/15." The essential duties and qualifications are the same in both Job Descriptions. Both Sanchez and Bacon were given raises less than two months after their hire. CR. 156-157; CR. 158-159.

In *Burger v. New York Inst. of Tech.,* 94 F.3d 830, 834 (2nd Cir. 1996), a reduction in force case, the Court found that the employee presented evidence that a "substantial portion of the duties that she performed were not eliminated and, inferentially were transferred to younger employees." Her evidence showed the employer had an impermissible motive in discharging her. In *Mesquite Indep. Sch. Dist. v. Mendoza,* 441 S.W.3d 340 (Tex. App.–Dallas 2013, no pet.), the Court held that a material fact issue was created by the District's internal email and other documents stating employee was replaced by White employee.

By showing that Appellant used a false "reduction in force" excuse for discharging Latting, coupled with Latting's superior qualifications and the

21

manipulation and alteration of the job postings and job descriptions, plus the fact that Latting had no performance issues, Latting has presented sufficient evidence to at a minimum raise a fact issue as to whether discharging Latting was a discriminatory action.

## PRAYER

For the foregoing reasons, Appellee Latting respectfully requests that this Court AFFIRM the trial court's denial of Appellant's Plea to the Jurisdiction.

Respectfully submitted,

**THE HANEY LAW FIRM**
808 W 10th Street, Suite 100
Austin, Texas 78701
(512) 476-2212
Fax: (512) 476-2202
www.thehaneylawfirm.com


By: /s/ Susan J. Haney
Susan J. Haney
State Bar No. 08908550
susan@thehaneylawfirm.com
Caitlin Haney Johnston
State Bar No. 24087661
Caitlin@thehaneylawfirm.com

ATTORNEYS FOR SHELIA LATTING, APPELLEE

22

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing pleading has this day been served on this 5th day of January, 2018, by email to the following:

Drew L. Harris
Assistant Attorney General
General Litigation Division
P.O. Box 12538, Capitol Station
Austin, Texas 78767

drew.harris@texasattorneygeneral.gov

ATTORNEYS FOR DEFENDANT

_/s/ Susan J. Haney_____
Susan J. Haney

23

## CERTIFICATE OF COMPLIANCE

Pursuant to TRAP 9.4(i)(3), the undersigned Attorney hereby certifies that the preceding document complies with the type-volume limits in TRAP 9.4.

1. Excluding the exempted portions in TRAP 9.4(i)(1), the brief contains 4,857 words; and

2. Has been prepared using Microsoft Word in 14 pt. Times New Roman conventional typeface font with 12 pt. footnotes.

/s/ Susan J. Haney

No. 03-17-00603-CV

IN THE COURT OF APPEALS
FOR THE THIRD JUDICIAL DISTRICT
TRAVIS COUNTY, TEXAS

TEXAS DEPARTMENT OF AGRICULTURE,
*Defendant-Appellant,*

v.

SHELIA LATTING,
*Plaintiff-Appellee.*

On Appeal from Cause No. D-1-GN-16-000284, in the
201stJudicial District, Travis County, Texas

**APPELLEE'S APPENDIX**

1.     Affidavit of Shelia Latting [CR. 146-52]

2.     Original job posting for Shelia Latting's position as Deputy Chief Financial Officer No. 1620 [CR.211-213]

3.     Job posting for Rebecca Sanchez's position No. 1620 [CR. 214-216]

4.     Job posting for April Bacon's position 1622 [CR. 217-219]

5.     Application for Employment for Rebecca Sanchez [CR.222-226]

6.     Application for Employment for April Bacon [CR. 227-234]

7.    Side-by-side qualification comparison between Sanchez and Latting [CR. 235]

8.    Side-by-side qualification comparison between Bacon and Latting [CR.153]

9.    Job description signed by Rebecca Sanchez on May 13, 2015, for Director I position as Administrator for Budget and Accounting [CR. 158-159]

10.    Job description signed by Rebecca Sanchez on May 13, 2015, for Director III position as Administrator for Budget and Accounting [CR. 160-161]

11.    Job description signed by April Bacon on May 13, 2015, for Director III position as Administrator for Financial Compliance [CR. 162-163]

12.    Job description signed by April Bacon on May 13, 2015, for Director V position as Administrator for Financial Compliance [CR 164-165]

# TAB 1

CAUSE NO. D-1-GN-16-000284

| SHELIA LATTING | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | OF TRAVIS COUNTY, TEXAS |
| | § | |
| TEXAS DEPARTMENT OF | § | |
| AGRICULTURE | § | 201st JUDICIAL DISTRICT |

## AFFIDAVIT OF SHELIA LATTING

| STATE OF TEXAS | § |
| | § |
| COUNTY OF TRAVIS | § |

BEFORE ME, the undersigned authority, on this day personally appeared Shelia Latting, who deposed after being first duly sworn, on her oath stated as follows:

1. "My name is Shelia Latting and I am over the age of twenty-one (21) years and am fully competent to make this affidavit. The matters stated herein are within my personal knowledge and are true and correct.

2. I am a Black female who had been employed by the State of Texas for approximately 21 years.

3. In June 2012, I was hired as the Deputy Chief Financial Officer of the Texas Department of Agriculture ("TDA"). On December 23, 2014, I was called into Commissioner Sid Miller's office where I met with the Commissioner and the Commissioner's campaign manager, Todd Smith.

4. Commissioner Miller and Mr. Smith questioned me at length about the possible reorganization of the budget of the TDA. Commissioner Miller told me that he was very impressed with my knowledge of the budget and that I had been able to answer all of

**EXHIBIT A**

his questions clearly and quickly, while the then serving Chief Financial Officer had not been able to do so. Commissioner Miller offered me the job of Chief Financial Officer (replacing Heather Griffith Peterson). Ms. Peterson was out of the office at the time and Commissioner Miller told me that Ms. Peterson would not be returning to TDA as CFO. Mr. Smith told me that if I could continue the Connected Texas program, I would "have a bright future with the agency." Commissioner Miller and Mr. Smith told me that Mr. Smith's wife, Kellie Housewright-Smith, appointed by Commissioner Miller as the Assistant Commissioner of Agriculture for Operations, would be working with me the following week (after Christmas) and would give me a telephone call to discuss the details of the transition.

5. During this meeting, Commissioner Miller and Mr. Smith asked me many questions about the timing of restructuring the budget and my desired team. I told them who I wanted on my team and they agreed to my suggestions. They told me to immediately start assembling my team and to prepare a re-organization of TDA showing me as CFO. Commissioner Miller gave me his personal cell phone number and promised me that I would receive a call from Ms. Housewright-Smith. After I left the Commissioner's office, Mr. Smith came to my office and gave me my first assignment as CFO.

6. I immediately called my colleagues to assemble my team, including one employee who had given his resignation notice but rescinded it so that he could accept a position on my team. I worked extensively over the holidays preparing a base recommendation for restructuring the Capital Budget to accommodate Commissioner Miller's requests for funds for his new executive staff. I emailed my findings to Jason Fearneyhough and Ms. Housewright-Smith. A true and correct copy of my work is attached as Exhibit A-1. My work was ultimately used, after I was terminated, by Commissioner

Miller's team headed by Terry Keel, in revising the LAR.

7. The following week, on December 29, Ms. Housewright-Smith arranged a meeting with me and Walt Roberts, appointed by Commissioner Miller as the Assistant Commissioner of Agriculture for Legislative Affairs and External Relations, to discuss the promotion and transition. I accepted the promotion.

8. At this meeting, in my presence, Ms. Kelly Houseright-Smith called a representative from the Human Resources Department of TDA to determine what needed to be done to move me into the CFO position in compliance with TDA policy. Human Resources reported to us that I could be promoted immediately to the CFO position without it being posted, but pointed out that my Deputy Financial Officer job would need to be posted for 10 days before it could be filled. The HR representative told us that the Deputy Financial Officer Job could be posted as an emergency posting, but would still need to be posted for a minimum of 5 days.

9. I worked over the State holidays to prepare for my promotion and transition to the new team I had assembled. On December 31, at the request of Ms. Housewright-Smith, I met with her, Deputy Roberts and Deputy Commissioner Jason Fearneyhough. They met with a contractor to discuss the Connect Texas program and the termination of Ms. Peterson as CFO. On Friday, January 2, 2015, I again checked in with Deputy Fearneyhough, letting him know what I had been able to accomplish to restructure the budget and make the transition.

10. When I returned to the TDA office on January 5, 2015, expecting to be appointed CFO, I found Ms. Peterson in her office. I called, emailed and texted Ms. Housewright-Smith and Deputy Commissioner Fearneyhough, asking them about the plan

moving forward but neither of them responded. Exhibit A-1.

11. I later learned that, during the same period I was preparing to take over as CFO, Commissioner Miller appointed Terry Keel ("Keel"), then Executive Director of the Texas Facilities Commission ("TFC"), as an Assistant Commissioner at TDA. Keel chose to bring at least six of his colleagues from TFC with him to TDA.

12. On January 12, 2015, I was called into a meeting with Ms. Housewright-Smith, Ms. Peterson and Cynthia Mendoza from HR. I was given a letter stating that TDA was going through a reduction in force and my position was eliminated, but that I would remain on the payroll until April 12, 2015. A true and correct copy of this letter is attached as Exhibit A-2. Diana Warner was not the Chief Financial Officer at the time I was terminated. I was then told that my services were no longer needed and that I could leave that day. I left the meeting in shock and disbelief. The next day Ms. Peterson announced that she was resigning as CFO.

13. Based on my 21 years work experience with the State, when an employee is laid off as a result of a reduction in force, it is the State's custom and policy to notify that employee of postings for new positions. No one told me in the meeting or afterward that two new positions would be posted the next day.

14. Without my knowledge, the next day, TDA posted two hiring positions that mirrored my job description (Classification No. 1620). My job posting is attached as Exhibit A-3. One of the "emergency" job postings is marked with the same Classification No. 1620. A true and correct copy of that job posting is attached as Exhibit -4. Rebecca Sanchez, a White female, was brought from the TFC to TDA to take that position. A true and correct copy of the second "emergency" job posting is attached as Exhibit A-5. April

Bacon, a White female, was brought from the TFC to TDA to fill the second position. I have reviewed the two job postings and a substantial portion of the duties that I performed as Deputy CFO were not eliminated, but were transferred to the two White employees, Sanchez and Bacon. The two job postings combined are effectively the same job as the position I held, but split into two positions.

15.     State job openings are required to be posted and remain open for applicants for 10 days unless there is an immediate need for filling, in which case emergency job postings are posted for 5 days. However, the two "new" job postings were only posted for 3 business days. The combined salaries for the two new employees exceed the salary that was paid to me by approximately $5,000 per month, in addition to the other employment benefits now being received by the new employees.

16.     I have reviewed the job applications of Rebecca Sanchez and April Bacon. True and correct copies of the applications are attached as Exhibit A-6 and Exhibit A-7. I have prepared a side by side comparison of my qualifications to Rebecca Sanchez's qualifications, which is attached as Exhibit A-8. I have prepared a side by side comparison of my qualifications to April Bacon's qualifications, which is attached as Exhibit A-9. As shown by the comparisons, I am more qualified than Rebecca Sanchez and April Bacon for the positions created out of my position as Deputy Chief Financial Officer.

17.     As the Deputy CFO of the TDA, I observed poor performance issues for the other three employees who were terminated when I was terminated. Those employees were Judy Bottoms, Ed Kelly and Ron Baker.

18.     While employed by TDA, I never received any negative performance reviews or attendance complaints. I worked an average of 60 hours per week. I only took one

vacation in the 3 years I was employed by TDA.

19. A substantial portion of the duties I performed as Deputy Chief Financial Officer were transferred to Rebecca Sanchez and April Bacon. Rebecca Sanchez took over all of the accounting and budgeting functions I had performed while April Bacon took over the contracting and procurement functions.

20. While working for the TDA, Ms. Peterson handled all budget issues and refused to allow me to assist. I did not prepare the Legislative Appropriations Request ("LAR") that was submitted to the Legislative Budget Board ("LBB"). The LAR was prepared by Ms. Peterson and Ron Baker. When the LBB requested additional information about the LAR, Ms. Peterson refused to allow me to assist her in responding. Ms. Peterson insisted that she would take care of it. I did review the budget later and I do not believe that it was $7 to $8 million in the red.

21. I have extensive experience with the Uniform State Accounting System ("USAS"). I have used the USAS for over 21 years while employed by the State. I have a Bachelor's degree in Business Management.

22. As Deputy CFO, my immediate supervisors were the Chief Financial Officer and the Commissioner.

23. Based upon my managerial experience with state agencies, it is a common practice for job postings to be written to fit the specific qualifications of a preferred candidate so that other candidates cannot be equally qualified.

_____
Shelia Latting

**SUBSCRIBED AND SWORN TO BEFORE ME** on this ___18th___ day of

August, 2017.

AMBER LESLI HANEY
Notary Public, State of Texas
Comm. Expires 01-21-2020
Notary ID 124799478

_____
Notary Public, State of Texas

1-21-2020
_____
Date Commission Expires

# TAB 2

**TODD STAPLES**
Commissioner

POSTING #12-31-1

POSITION DESCRIPTION

DEPUTY CHIEF FINANCIAL OFFICER

CLASSIFICATION TITLE: Director I
CLASSIFICATION NO: 1620
LOCATION: Austin

SALARY: B26 $7,000-7,400.00/MO.
FLSA: Exempt

**JOB OBJECTIVE:** Assist in directing and overseeing the effective management of the Texas Department of Agriculture's (TDA) Financial Services Division; develop, execute and achieve the strategic goals and objectives of the division, manage complex issues within area of expertise and be involved in long-term planning to contribute to the attainment of the agency's goals, objectives and mission.

**ESSENTIAL DUTIES:**

1. Direct and manage the daily operations of the division, including personnel management functions, budgeting for and controlling expenses and ensuring compliance with agency policies and administrative requirements.
2. Oversee and prepare the operating budget and legislative appropriations request for upcoming biennia and enter reports on the Automated Budget and Evaluation System of Texas (ABEST). Monitor and report on hearings of legislative committees, such as the House Appropriations and Senate Finance committees, during regular and special sessions for actions that have or will potentially have an impact on TDA.
3. Coordinate and provide guidance to agency personnel in preparing fiscal note responses to the Legislative Budget Board during the legislative session.
4. Assist in preparing and overseeing internal operating budgets for the assigned TDA divisions.
5. Assist in preparing and overseeing monthly budget reports for the assigned TDA divisions and answer questions pertaining to the reports, and investigate discrepancies; initiate re-coding of vouchers, as necessary.
6. Monitor and analyze budgets, expenditures and encumbrances to identify problems and prepare budget amendments as necessary, advising the program staff, division management and upper management on the status of agency budgets.
7. Monitor state and federal grant expenditures; assist in preparing and overseeing state and federal grant reports as required by state and federal guidelines, to include request for reimbursement; advise the program staff, division management and upper management on all financial issues associated with grant budgets and expenditures.
8. Monitor and analyze the agency's performance measures, and prepare quarterly and annual reports on these measures.
9. Verify the accuracy of personnel action forms from a budget standpoint relative to new hires, merit increases, reclassifications and authorized full-time employees; maintain, track and report information by division and agency-wide.
10. Oversee the preparation of, and assist with the preparation of special budgetary and management reports for the executive staff.
11. Prepare and review fiscal information on proposed projects, procurements and legislation as it relates to the state and TDA.
12. Review and approve the reconciliation of expenditure and Method of Finance data in ABEST to the Uniform Statewide Accounting System (USAS).
13. Work closely with the division's team leaders to establish program goals and objectives, guidelines and procedures consistent with the division's strategic plan; assign and oversee the coordination of staffing and resource needs between the various programs and functional areas of the division.
14. Create and maintain accurate job descriptions and job postings to align with the division's strategic direction.
15. Maintain, prepare and oversee the status of all division performance appraisals to ensure that they are current, that supervisors/team leaders are evaluating consistently and equitably and that proper documentation is maintained;
16. Ensure the division staff are technically proficient in meeting long-term operational goals through activities such as classroom training, team building, on-the-job training, operational manuals, job rotations and special assignments and projects; ensure employees share knowledge through cross training.
17. Monitor all division projects and special assignments and ensure they are completed accurately and on time to meet division goals and key performance measures; develop procedures for reporting and develop and implement corrective action plans, as required. Report performance of the division's efforts to the Assistant Commissioner.
18. Perform quality assurance work to analyze program efficiency and effectiveness and to develop procedures for improvement or the initiation of new policies and procedures.

- Continued -

Plaintiff 000059

**EXHIBIT A-3**

DEPUTY CHIEF FINANCIAL OFFICER
CLASSIFICATION TITLE: Director I                    SALARY: B26 $7,000-7,400.00/MO.
CLASSIFICATION NO: 1620                             FLSA: Exempt

ESSENTIAL DUTIES (continued):

19. Manage projects from pre-inception to implementation, including new policies and procedures to ensure program efficiency and effectiveness; participate in and provide leadership for special division projects and guide business process improvement and cultural change.
20. Assist the Assistant Commissioner for the Financial Services Division in establishing the division's strategic and work plans in consultation with division staff and perform ongoing planning functions to meet performance targets and improve operations while following division and agency policies and procedures.
21. Assist the Assistant Commissioner for the Financial Services Division in establishing and monitoring performance measures; communicate expectations to division managers and team leads; and ensure all staff and functions have documented procedures.
22. Evaluate division operations and performance to identify and implement short-range, mid-range and long-range goals and objectives and recommend innovative approaches for agency outreach and special programs.
23. Coordinate and prepare quarterly performance reports as required by the Legislative Budget Board; coordinate and monitor the division's strategic planning process; and develop, coordinate and write justifications for biennial legislative appropriation requests for general information to be presented to the Legislature and for staff testimony.
24. Prepare or assist in preparing required reports and schedules, to include appropriation requests; ensure timely submission of required federal, state and agency reports.
25. Serve as a backup to the Assistant Commissioner in legislative business, including testifying at hearings and providing testimony at legislative meetings, compiling information and communication with legislative and oversight agency staff.
26. Serve as an intra-agency liaison, coordinating with other divisions within TDA on joint projects and update them on division operations.
27. Continuously review state laws, regulations and policies related to the division. Work closely with Legal Affairs to develop new rules, regulations and policies and to ensure proper implementation.
28. Attend TDA, division staff and senior staff meetings; represent the division/agency on committees and task forces as assigned and at outside meetings; and serve as a contact with other local/state/federal agencies.
29. Respond to requests for technical information from clients, the Commissioner of Agriculture, TDA staff, legislative or other state government personnel, industry representatives and other organizations; make presentations regarding division programs to interested parties throughout the state as required.
30. Effectively manage outgoing division information/literature/printed materials/correspondence and responses to requests for information to ensure quality, consistency, accuracy and timeliness. Respond to incoming inquiries via verbal or written correspondence.

NON-ESSENTIAL DUTIES:
31. Perform other duties as assigned.

QUALIFICATIONS/REQUIREMENTS (The application must specifically state how each of the following qualifications are met):

- Graduation from an accredited four-year college or university;
- Minimum six years work experience in financial management, budgeting and general accounting functions, with at least three years in a supervisory/management capacity;
- Work experience presenting budget and other financial information and instructions to staff at all levels in small/large group settings;
- Experience using automated accounting systems;
- Experience working directly with executive-level staff;
- Project management experience; and
- Required to travel up to 15% of the work period.

PREFER:
- Work experience using ABEST and USAS;
- Work experience in federal and private grants administration;
- Experience developing program and/or agency operating budgets for a State of Texas Agency; and/or
- Working knowledge of the Texas state legislative process, in regard to accounting and budgeting.

- Continued -

Plaintiff 000060

DEPUTY CHIEF FINANCIAL OFFICER
CLASSIFICATION TITLE: Director I
CLASSIFICATION NO: 1620

SALARY: B26 $7,000-7,400.00/MO.
FLSA: Exempt

**KNOWLEDGE, SKILLS AND ABILITIES** (The application must specifically state how each of the following qualifications are met):

- Excellent leadership, management and strategic planning skills;
- Effective verbal and written communication, human relations and organizational skills;
- Skill in providing excellent customer service to both internal and external customers;
- Skill in operating a personal computer with word processing and spreadsheet software;
- Skill in intermediate to advanced Excel;
- Strong analytical and project management skills;
- Excellent problem solving and relationship management skills with a proactive and open approach to conflict resolution;
- Ability to learn TDA policies and procedures, and the laws and regulations administered and enforced by the division;
- Ability to use appropriate interpersonal styles and communication methods to influence and build effective and strategic relationships among diverse groups of people;
- Ability to energize, develop and build rapport at all levels within an organization;
- Ability to operate effectively in a multi-tasking, dynamic environment, while maintaining a forward-thinking and customer-first attitude;
- Ability to establish program goals and objectives and to devise effective solutions to problems;
- Ability to develop, implement and evaluate policies and procedures;
- Ability to exercise sound judgment and discretion; and
- Ability to maintain the highest level of confidentiality.

**ENVIRONMENT/PHYSICAL CONDITIONS:** Normal office work environment. Involves working overtime, to include evenings and weekends, as needed. Involves safely lifting and carrying items weighing up to 30 pounds. Also involves travel, occasionally overnight.

> *An exercise will be conducted at the time of the interview.*

The Texas Department of Agriculture is an equal opportunity employer and does not discriminate on the basis of race, color, religion, sex, national origin, age or disability in recruitment, selection, appointment, training, promotion, retention or any other personnel action or deny any benefits or participation in programs or activities which it sponsors. Applicants should communicate requests for disability-related accommodations during the application process to our Human Resources Office at 512-463-7648, 1-800-RELAY TX (for hearing impaired).

Section 651.005 of the Government Code requires males, ages 18 through 25, to provide proof of their Selective Service registration or of their exemption from the requirement as a condition of state employment.

As part of the employment process, TDA may conduct a driving and criminal background check. Unsatisfactory information relevant to the position may disqualify the applicant from employment.

Only applicants interviewed will be notified of their selection or non-selection. Resumes will not be accepted in place of a completed application.

Website: www.TexasAgriculture.gov          Email: hr@TexasAgriculture.gov

Plaintiff 000061

# TAB 3

COMMISSIONER
SID MILLER

POSTING #15-31-1

POSITION DESCRIPTION

ADMINISTRATOR FOR BUDGET & ACCOUNTING

CLASSIFICATION TITLE: Director I

CLASSIFICATION NO: 1620

LOCATION: Austin

SALARY: B26, $7,000-7,350.00/MO.

FLSA: Exempt

**JOB OBJECTIVE:** Assist the Chief Financial Officer and oversee the daily operations and activities of the agency's budget and accounting functions. Work involves developing guidelines, procedures, and rules; developing schedules, priorities and standards for achieving established goals in budget and accounting; coordinating and evaluating program activities; and developing and evaluating budget requests.

**ESSENTIAL DUTIES:**
1. Direct and manage the daily operations of the budget and accounting section including personnel management functions, budgeting for and controlling expenses and ensuring compliance with agency policies and administrative requirements.
2. Review, prepare and analyze monthly, quarterly and annual status of funds and expenditures.
3. Oversee the preparation of the agency's monthly financials.
4. Audit budget and accounting records for accuracy and conformance to established standards.
5. Provide budget and accounting advice and assistance to advising division management and upper management and identify ways to best utilize funds.
6. Review, manage and analyze bond and grant project funds and expenditures and identify ways to best utilize funds.
7. Review financial and operating budget reports and identify funding challenges.
8. Oversee and assist in the preparation of the agency budget and the biennial legislative appropriation requests (LAR).
9. Plan and develop procedures and regulations to control the disbursement of allocated funds.
10. Prepare and maintain accounting records on expenditures, revenue collected, the posting of journals and the posting of encumbrances.
11. Establish goals and objectives; develop and approve schedules, priorities, and standards for achieving goals; and direct evaluation activities.
12. Develop guidelines, procedures and rules; monitors compliance with policies and procedures.
13. Plan, implement, coordinate, monitor and evaluates accounting policies and procedures.
14. Evaluate and identify areas of needed change; recommends improvements.
15. Prepare, oversee and review the preparation of budgets, budget requests, financial reports, forms and documents.
16. Oversee program analyses, studies and internal audits.
17. Develop and review legislation affecting the agency and/or the management of funds.
18. Represent the agency at meetings, hearings, conferences, and seminars or on boards, panels and committees.
19. Plan, assign and supervise financial services staff.
20. Mentor and develop staff to improve skills, competencies and performance.
21. Adhere to established work schedule with regular attendance.
22. Follow all TDA safety guidelines/procedures and ethics requirements.

**NON-ESSENTIAL DUTIES:**
23. Assist in the coordination of special activities and projects, as needed.
24. Perform other duties as assigned.

-Continued-

Plaintiff 000062

**EXHIBIT A-4**

ADMINISTRATOR FOR BUDGET & ACCOUNTING
CLASSIFICATION TITLE: Director I                                      SALARY: B26,  $7,000-7,350.00/MO.
CLASSIFICATION NO: 1620                                              FLSA: Exempt

QUALIFICATIONS/REQUIREMENTS: (The application must specifically state how each of the following qualifications are met.)
- Graduation from an accredited four-year college or university with a degree in accounting, finance or related field;
- Minimum six years senior level experience in Texas state government budgeting and accounting;
- Minimum six years work experience performing accounting and budget reconciliations and preparing financial statements;
- Experience serving in a supervisory capacity;
- Experience working directly with executive-level staff; and
- Required to travel up to 5% of the work period.

PREFER:
- Certified Public Accountant in good standing; and
- Experience in public finance accounting.

KNOWLEDGE, SKILLS AND ABILITIES: (The application must specifically state how each of the following qualifications are met.)
- Knowledge of grant, contract, public finance, budget, accounting processes and procedures;
- Extensive knowledge of auditing, accounting, and budget preparation and analysis principles and practices;
- Knowledge of the Uniform Statewide Personnel System (USPS), the Uniform Statewide Accounting System (USAS), and the Automated Budget and Evaluation System of Texas (ABEST), to include the state performance measure process and the ABEST/USAS reconciliation process;
- Skill in developing agency budgets and financial reports accurately and timely;
- Effective verbal and written communication, human relations and organizational skills;
- Skill in providing customer service excellence to both internal and external customers;
- Skill in operating a personal computer with word processing, database and spreadsheet software;
- Strong math aptitude and strong attention to detail;
- Excellent problem solving and relationship management skills with a proactive and open approach to conflict resolution;
- Effective critical thinking skills;
- Ability to analyze problems/issues, evaluate alternatives and recommend effective solutions;
- Ability to process information in a logical manner and to assess validity;
- Ability to learn TDA policies and procedures, and the laws and regulations administered and enforced by the division;
- Ability to use appropriate interpersonal styles and communication methods to influence and build effective and strategic relationships among diverse groups of people;
- Ability to energize, develop and build rapport at all levels within an organization;
- Ability to operate effectively in a multi-tasking, dynamic environment, while maintaining a forward-thinking and customer-first attitude;
- Ability to communicate complex information and concepts clearly, concisely and effectively to a variety of audiences;
- Ability to accept critiques and to rework assigned tasks as directed;
- Ability to work in a setting requiring leadership, self-motivation/cooperative decision-making and to work effectively with diverse groups of people;
- Ability to work effectively under pressure and meet strict deadlines while maintaining extreme attention to detail;
- Ability to adapt successfully and quickly to change and deliver quality results in a timely manner;
- Ability to handle multiple projects and deadline pressures with tact and diplomacy;
- Ability to learn new skills as needed without formal training.
- Ability to exercise sound judgment and discretion; and
- Ability to maintain the highest level of confidentiality.

PREFER:
- Knowledge of legislative processes; and
- Knowledge of Generally Accepted Accounting Principles.

-Continued-

Plaintiff 000063

Page 3
ADMINISTRATOR FOR BUDGET & ACCOUNTING
CLASSIFICATION TITLE: Director I
CLASSIFICATION NO: 1620

SALARY: B26, $7,000-7,350.00/MO.
FLSA: Exempt

**ENVIRONMENT/PHYSICAL CONDITIONS:** Normal office work environment, mostly sedentary in nature. May involve walking; standing; pulling and pushing; kneeling, stooping and bending; and safely lifting and carrying items weighing up to 30 pounds. May involve travel, occasionally overnight, and working overtime, to include evenings and weekends, as needed.

*A skills exercise will be conducted at the time of the interview.*

The Texas Department of Agriculture is an equal opportunity employer and does not discriminate on the basis of race, color, religion, sex, national origin, age or disability in recruitment, selection, appointment, training, promotion, retention or any other personnel action or deny any benefits or participation in programs or activities which it sponsors. Applicants should communicate requests for disability-related accommodations during the application process to our Human Resources Office at 512-463-7648. 1-800-RELAY TX (for hearing impaired).

Section 651.005 of the Government Code requires males, ages 18 through 25, to provide proof of their Selective Service registration or of their exemption from the requirement as a condition of state employment.

As part of the employment process, TDA may conduct a driving and criminal background check. Unsatisfactory information relevant to the position may disqualify the applicant from employment.

Only applicants interviewed will be notified of their selection or non-selection. Resumes will not be accepted in place of a completed application.

Website: www.TexasAgriculture.gov          Email: hr@TexasAgriculture.gov

TDA participates in E-Verify and will provide the Social Security Administration and, if necessary, the Department of Homeland Security with information from each new employee's Form I-9 to confirm work authorization.

* E-Verify Participation Poster (English)
* E-Verify Participation Poster (Spanish)
* Right to Work Poster (English)
* Right to Work Poster (Spanish)

Plaintiff 000064

# TAB 4

COMMISSIONER
SID MILLER

POSTING #15-1000-1

POSITION DESCRIPTION

ADMINISTRATOR FOR FINANCIAL COMPLIANCE

CLASSIFICATION TITLE: Director III
CLASSIFICATION NO: 1622
LOCATION: Austin

SALARY: B28, $8,000 -$8,500.00/MO.
FLSA: Exempt

**JOB OBJECTIVE:** Assist in directing and overseeing the effective management of the Texas Department of Agriculture's (TDA) Financial Services Division; develop, execute and achieve the strategic goals and objectives of the division, manage complex issues within area of expertise and be involved in long-term planning to contribute to the attainment of the agency's goals, objectives and mission. Plan, coordinate and manage the compliance function as it relates to agency operations. Assist in the analysis, evaluation, design and management of internal controls within the division to assure compliance with applicable laws and regulations. Serve as the back-up to the Chief Financial Officer (CFO).

**ESSENTIAL DUTIES:**
1. Direct and manage the daily operations of the division, including personnel management functions, budgeting for and controlling expenses and ensuring compliance with agency policies and administrative requirements.
2. Oversee the day-to-day operations of Purchasing, HUB and Grants.
3. Mentor and develop staff to improve skills, competencies and performance.
4. Develop, review and approve program area budgets and expenditures.
5. Develop strategic initiatives for assigned program areas consistent with agency strategic plans.
6. Provide direction, guidance and operational assistance to program areas agency wide with emphasis on compliance with law and mitigation of risk.
7. Prepare, review and approve statutory and management reports.
8. Monitor compliance with law and procedure affecting program areas.
9. Develop, implement, maintain and revise policies and procedures.
10. Establish program goals and objectives; develops and approves priorities and standards for achieving goals; and manages evaluation activities.
11. Monitor, review, recommend and coordinate implementation of legislation affecting agency finances; may work with staff in responding to legislative requests for fiscal notes or other information.
12. Conduct financial compliance and policy research relating to the daily operations of the agency; oversees special program analyses, evaluations, and research studies relating to agency finances and business functions.
13. Identify potential areas of compliance vulnerability and risk; develop corrective actions plans and work with staff on implementation.
14. Plan, develop, coordinate and organize process analysis and improvement activities to ensure financial processes and procedures are efficient and consistent with regulations, professional standards, best practices, and agency policies.
15. Manage special projects, program analyses, enforcement functions, strategic planning, and audit oversight assignments.
16. Represent agency at meetings, on committees, before the legislature and other gatherings.
17. Assist the CFO in establishing the division's strategic and work plans in consultation with division staff and perform ongoing planning functions to meet performance targets and improve operations while following division and agency policies and procedures.
18. Serve as the back-up to the CFO.
19. Adheres to established work schedule with regular attendance.
20. Follows all TDA safety guidelines/procedures and ethics requirements.

**NON-ESSENTIAL DUTIES:**
21. Perform other duties as assigned.

**QUALIFICATIONS/REQUIREMENTS:** (The application must specifically state how each of the following qualifications are met.)
- Graduation from an accredited four-year college or university in business, finance, accounting, or related field;
- Minimum eight years progressively responsible experience in government program management;
- Minimum eight years experience in senior level management of financial compliance programs;

-Continued-

Plaintiff 000065

# EXHIBIT A-5

ADMINISTRATOR FOR FINANCIAL COMPLIANCE
CLASSIFICATION TITLE: Director III
CLASSIFICATION NO: 1622

SALARY: B28, $8,000 -$8,500.00/MO.
FLSA: Exempt

- **QUALIFICATIONS/REQUIREMENTS:** (continued)
- Experience working directly with and presenting financial information to executive level management;
- Experience serving in a supervisory capacity; and
- Required to travel up to 5% of the work period.

**PREFER:**
- Certified Public Accountant (CPA) in good standing.

**KNOWLEDGE, SKILLS AND ABILITIES:** (The application must specifically state how each of the following qualifications are met.)
- Thorough knowledge of local, state, and federal laws, regulations and professional standards relating to government financial operations.
- Knowledge of grant, contract, procurement processes and procedures;
- Effective verbal and written communication, human relations and organizational skills;
- Skill in preparing and delivering complex correspondence, reports, presentations, policies, and proposals to a variety of audiences;
- Skill in providing customer service excellence to both internal and external customers;
- Skill in operating a personal computer with word processing, database and spreadsheet software;
- Skill in reviewing operational processes for fiscal compliance and identifying solutions to improve both compliance and efficiency;
- Skill in problem-solving and policy analysis and research;
- Excellent problem solving and relationship management skills with a proactive and open approach to conflict resolution;
- Effective critical thinking skills;
- Ability to analyze problems/issues, evaluate alternatives and recommend effective solutions;
- Ability to process information in a logical manner and to assess validity;
- Ability to learn TDA policies and procedures, and the laws and regulations administered and enforced by the division;
- Ability to use appropriate interpersonal styles and communication methods to influence and build effective and strategic relations among diverse groups of people;
- Ability to energize, develop and build rapport at all levels within an organization;
- Ability to operate effectively in a multi-tasking, dynamic environment, while maintaining forward-thinking and customer-first attitude;
- Ability to develop and interpret policies, procedures and regulations;
- Ability to perform research, analyze relevant information and report accurate information to other staff;
- Ability to accept critiques and to rework assigned tasks as directed;
- Ability to work in a setting requiring leadership/self-motivation/cooperative decision-making and to work effectively with diverse groups of people;
- Ability to handle multiple projects and deadline pressures with tact and diplomacy;
- Ability to learn new skills as needed without formal training;
- Ability to adapt successfully and quickly to change and deliver quality results in a timely manner;
- Ability to develop skills and performance of supervised staff to meet agency goals;
- Ability to exercise sound judgment and discretion; and
- Ability to maintain the highest level of confidentiality.

**PREFER:**
- Knowledge of legislative processes; and
- Skill in identifying fraud schemes and effective internal control measures.

**ENVIRONMENT/PHYSICAL CONDITIONS:** Normal office work environment, mostly sedentary in nature. May involve walking; standing; pulling and pushing; kneeling, stooping and bending; and safely lifting and carrying items weighing up to 30 pounds. May involve travel, occasionally overnight, and working overtime, to include evenings and weekends, as needed.

Plaintiff 000066

Page 3
ADMINISTRATOR FOR FINANCIAL COMPLIANCE
CLASSIFICATION TITLE: Director III                          SALARY: B28, $8,000 -$8,500.00/MO.
CLASSIFICATION NO: 1622                                                    FLSA: Exempt

*A skills exercise will be conducted at the time of the interview.*

The Texas Department of Agriculture is an equal opportunity employer and does not discriminate on the basis of race, color, religion, sex, national origin, age or disability in recruitment, selection, appointment, training, promotion, retention or any other personnel action or deny any benefits or participation in programs or activities which it sponsors. Applicants should communicate requests for disability-related accommodations during the application process to our Human Resources Office at 512-463-7648. 1-800-RELAY TX (for hearing impaired).

Section 651.005 of the Government Code requires males, ages 18 through 25, to provide proof of their Selective Service registration or of their exemption from the requirement as a condition of state employment.

As part of the employment process, TDA may conduct a driving and criminal background check. Unsatisfactory information relevant to the position may disqualify the applicant from employment.

Only applicants interviewed will be notified of their selection or non-selection. Resumes will not be accepted in place of a completed application.

Website: www.TexasAgriculture.gov            Email: hr@TexasAgriculture.gov

TDA participates in E-Verify and will provide the Social Security Administration and, if necessary, the Department of Homeland Security with information from each new employee's Form I-9 to confirm work authorization.

* E-Verify Participation Poster (English)
* E-Verity Participation Poster (Spanish)
* Right to Work Poster (English)
* Right to Work Poster (Spanish)

Plaintiff 000067

# TAB 5





# THE STATE OF TEXAS
## APPLICATION FOR EMPLOYMENT

For State Agency Use Only

Date received _____
Time received _____
Received by _____

PRINT IN BLACK INK OR TYPE. These instructions must be followed exactly. Fill out application form completely. If questions are not applicable, enter "NA." **Do not leave questions blank.** Be sure to sign when completed. The State of Texas is an Equal Opportunity Employer and does not discriminate on the basis of race, color, national origin, sex, religion, age or disability in employment or the provision of services. You may make copies of this application and enter different position titles, but <u>each copy must be signed.</u> Resumes will not be accepted in lieu of applications, unless specifically stated in the job vacancy notice. This application becomes public record and is subject to disclosure.

With few exceptions, you have the right to request and be informed about information that the State of Texas collects about you. You are entitled to receive and review the information upon request. You also have the right to ask the state agency to correct any information that is determined to be incorrect. (Reference: Government Code, Sections 552.021, 552.023 and 559.004.)

NAME   SANCHEZ (Last)   REBECCA (First)   L (Middle)   AC [REDACTED] (Daytime Phone)

MAILING ADDRESS   [REDACTED] (Street)   AUSTIN (City)   TX (State)   78747 (Zip)   USA (Country)   AC ( ) (Work Phone, Optional)

EMAIL ADDRESS   [REDACTED]

List any other names used if different from name on this application.   REBECCA WHEELER

| List exact title of position or type of work and location for which you wish to apply: Administrator for Budget and Accounting | Job Posting Number 15-31-1 | Closing Date Jan 16, 2015 |
|---|---|---|
| List the state agency with which you wish to apply: TEXAS DEPARTMENT OF AGRICULTURE | Do you have any relatives working for this agency? If so, list names and relationships: | |

Full-Time ☑ Part-Time ☐ Summer ☐ Temp/Project ☐   Date available for work?   Two weeks from job offer

Are you at least 17 years of age? Yes ☑ No ☐

Are you willing to work hours other than 8-5? Yes ☑ No ☐   What days are you unable to work?   N/A

Are you willing to Travel? Yes ☐ No ☑   If yes, what percent of time? _____

Current Driver's License # (if required for position)   TX   [REDACTED]   Commercial Driver's License   Yes ☐ No ☑
(State) (Number)

Geographic preference. (Be specific to city/area. If no preference, write "statewide.")   Austin Area

Have you ever been convicted of a felony or subjected to a deferred adjudication on a felony charge? Yes ☐ No ☑
If your answer is "Yes," explain in concise detail on a separate sheet of paper, giving the dates and nature of the offense, the name and location of the court, and the disposition of the case(s). A conviction may not disqualify you, but a false statement will. Note: Some state agencies may require additional information related to convictions of misdemeanors.

EDUCATION (NOTE: Applicants may be required to provide proof of diploma, degree, transcripts, licenses, certifications, and registrations.)

High School Graduate or GED? Yes ☑ No ☐   If yes, name and location of high school or GED institute:   Lockhart High School

| Type of School | Name and Location of School | Dates Attended From Mo. | From Yr. | To Mo. | To Yr. | Date Graduated | Expected Graduation Date | Sem/Clock Hours Completed | Type of Diploma or Degree | Major/Minor Fields of Study |
|---|---|---|---|---|---|---|---|---|---|---|
| Undergraduate Colleges or Universities | University of Mary Hardin-Baylor, Belton, TX | 08 | 1998 | 05 | 2003 | May 2003 | | 123 | Bachelors Degree | Business Admin-Accounting |
| | | | | | | | | | | |
| Graduate School | University of Mary Hardin-Baylor, Belton, TX | 01 | 2002 | 05 | 2003 | May 2003 | | 36 | Masters Degree | Business Administration |
| | | | | | | | | | | |
| Technical or Vocational Schools | | | | | | | | | | |

**EXHIBIT A-6**



If a license, certificate, or other authorization is required or related to the position for which you are applying, complete the following:

| LICENSE/CERTIFICATION (P.E., R.N., Attorney, C.P.A., etc.) | Date Issued | Date Expires | Issued by/Location of Issuing Authority (State or other authority) (City & State) | License No. |
|---|---|---|---|---|
| | | | | |
| | | | | |

**Special Training/Skills/Qualifications:** List all job related training or skills you possess and machines or office equipment you can use, such as calculators, printing or graphics equipment, computer equipment, types of software and hardware. (Attach additional page, if necessary.)

Office equipment: 10-key calculator, PCs, printers, scanners, copiers.

Software: Word, Excel, Outlook, Adobe, GFAS, USAS, USPS, ABEST.

Skill in financial research/analysis, reconciliation, budget preparation/projection, financial reporting, GAAP/GASB, problem resolution, customer service, public finance, contract management , and asset accounting.

Approximately how many words per minute do you type? ___75___

Sign Language (If required for this position)   Yes ☐   No ☑        Are you a certified interpreter?   Yes ☐   No ☑

Do you speak a language other than English? (If required for this position)   Yes ☐   No ☑
If yes, what language(s) do you speak? _____   How fluently?   Fair ☐   Good ☐   Excellent ☐

Do you write in a language other than English? (If required for this position)   Yes ☐   No ☑
If yes, which language(s) _____

Have you ever been employed by the State of Texas?   Yes ☑   No ☐   Are you currently employed by the State of Texas?   Yes ☑   No ☐

If you have been previously employed by the State of Texas, list the agency/agencies: Texas Facilities Commission, Texas Railroad Commission

**FORMER FOSTER YOUTH** (Verification may be required.)

Were you a foster youth under the Texas Department of Family and Protective Services on the day before your 18th birthday?   Yes ☐   No ☑
If yes, are you currently 25 years of age or younger?   Yes ☐   No ☑

**MILITARY SERVICE** (A copy of a report of separation from the Armed Services may be required.)

Are you a veteran?   Yes ☐   No ☑   If yes, list type of discharge _____

Dates of Service (From/To): _____

Are you a surviving spouse of a veteran who has not remarried?   Yes ☐   No ☑   Are you a surviving orphan of a veteran?   Yes ☐   No ☑

If yes, complete dates of service for veteran: _____

 AN EQUAL OPPORTUNITY EMPLOYER

---

## PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY AND INDICATE YOUR UNDERSTANDING AND ACCEPTANCE BY SIGNING IN THE SPACE PROVIDED

1.  I certify that all the information provided by me in connection with my application, whether on this document or not, is true and complete, and I understand that any misstatement, falsification, or omission of information may be grounds for refusal to hire or, if hired, termination.

2.  I understand that as a condition of employment, I will be required to provide legal proof of authorization to work in the U.S.

3.  I understand that the State of Texas requires all males who are 18 through 25 and required to register with the Selective Service, to present either proof of registration or exemption from registration upon hire.

4.  I understand that some state agencies will check with the Texas Department of Public Safety, the Federal Bureau of Investigation or other organizations, for any criminal history in accordance with applicable statutes.

5.  I authorize any of the persons or organizations referenced in this application to give you any and all information concerning my previous employment, education, or any other information they might have, personal or otherwise, with regard to any of the subjects covered by this application, and I release all such parties from all liability from any damages which may result from furnishing such information to you.

THIS APPLICATION MUST BE SIGNED    SIGN HERE:    X _____    1/21/15

Signature – Applicant              Date

Page 222 of 264
TDA_001468

 

# EMPLOYMENT HISTORY

This information will be the official record of your employment history and must accurately reflect all significant duties performed. Summaries of experience should clearly describe your qualifications.

1. Include ALL employment. Begin with your current or last position and work back to your first. Employment history should include each position held, even those with the same employer.
2. EMPLOYER ADDRESSES MUST BE COMPLETE MAILING ADDRESSES, INCLUDING ZIP CODE.
3. Answer all questions and completely summarize your experience including technical and managerial responsibilities and any special training, skills and qualifications for each position you have held.

If you need additional space to adequately describe your employment history, you may use this employment history sheet or attach a typed employment history providing the same information in the same format as this application form.

## Name: SANCHEZ (Last)    REBECCA (First)    L (Middle)

| Position Title: Accounting Manager | Immediate Supervisor Name: Diana Warner | Full-Time ☑ |
|---|---|---|
| Employer: Texas Facilities Commission | | Part-Time ☐ |
| Mailing Address: 1711 San Jacinto | Title | Summer ☐ |
| City & State/ZIP: Austin, TX 78711 | Chief Financial Officer | Temp/Project ☐ |
| Employer's Telephone No.: AC (512) 463-3540 | Supervisor's Telephone No.: | Give average # of hours worked per week if part-time: |

| Starting Date | | | Leaving Date | | | Current/ Final Salary | Technical ☐ | AC (512) 463-6471 | |
|---|---|---|---|---|---|---|---|---|---|
| Mo. | Day | Yr. | Mo. | Day | Yr. | | Non-Managerial ☐ | If supervisory, number of employees you supervised: | |
| 10 | 01 | 2014 | | | | $ 6800.00 | Supervisory/Managerial ☑ | 6 | |

Summary of experience including special training/skills/qualifications you have used in the performance of this job:

Manage accounts payable, accounts receivable, and payroll staff. Oversee and assist with preparation of the Annual Financial Report and Non-financial Report, monthly and year end close, monthly financial reporting, and account reconciliations. Coach and counsel staff on performance. Coordinate, plan, and monitor staff workload to ensure compliance with prompt payment requirements, accounting and reporting deadlines, and other scheduled work. Coordinate with budget staff to maintain encumbrances, contracts, appropriation balances and other legislative needs.

Oversee and assist with preparation and maintenance of accounting records. Manage cash, vendors, expenditures and encumbrances. Perform quality control review of financial accounts and records to ensure accuracy. Oversee and assist with management and statutory reporting. Develop policy and procedures for efficiency and risk reduction. Review legislation and advise on potential impact to agency. Advise operating programs on revenue and encumbrance issues. Work with external agency auditors during fieldwork and report development. Assure agency compliance with generally accepted accounting principles, travel rules, IRS regulation, and other policies, procedures, and statutes.

Specific reason for leaving: To investigate a specific career opportunity

(0909)

TDA_001469

| Position Title: Construction Accountant VII | Immediate Supervisor Name: | Full-Time ✓ |
| --- | --- | --- |
| Employer: Texas Facilities Commission | Stanton Korn / Diana Warner | Part-Time |
| Mailing Address: 1711 San Jacinto | Title | Summer |
| City & State/ZIP: Austin, TX 78711 | Budget Director / CFO | Temp/Project |
| | Supervisor's Telephone No.: | Give average # of hours worked per week if part-time: |
| Employer's Telephone No.: AC (512) 463-3319 | | |

| Starting Date | | | Leaving Date | | | Current/ Final Salary | Technical | ☐ | AC (512) 463-3540 | If supervisory, number of employees you supervised: |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Mo. | Day | Yr. | Mo. | Day | Yr. | | Non-Managerial | ☑ | | |
| 07 | 07 | 2004 | 09 | 30 | 2014 | $ 5525.00 | Supervisory/Managerial | ☐ | | |

Summary of experience including special training/skills/qualifications you have used in the performance of this job:

Senior accountant and budget analyst responsible for complex accounting and budget assignments. Managed accounts for a variety of construction projects with six distinct funding sources in USAS and internal accounting system (GFAS). Reported monthly to regulating state agencies on bond expenditure activities. Reconciled cash and budget monthly, and as necessary between projects. Processed vouchers for up to 50 vendors for weekly project payments. Reviewed contract terms and conditions, hourly rates and contract balances to assure accurate payment. Prepared monthly financial statements presented to Commission.

Developed the capital asset activity report for inclusion in the Annual Financial Report. Made unexpended balance, project budget adjustments, indirect cost allocation and other cash transfer journal entries monthly as needed. Assisted in preparation of operating budget for cost recovery programs. Participated in preparation of five Legislative Appropriations Requests with capital budgets and debt service lease payment distributions. Analyzed indirect cost allocation methodology for continued accuracy. Prepared monthly budget analysis and expenditure projection reports for agency program areas. Entered data into ABEST for capital budgets and Article Lease payments.

Communicated monthly and annually with Texas Public Finance Authority on Bond Balances. Monthly maintained record of cash balances and need for a cash draw with each capital project bond funded. Annually maintained Article Lease Payment costs per building, article and agency. Annually coordinated costs from various departments for reporting in the Statewide Cost Allocation Plan, including determining Asbestos and Deferred Maintenance expenses.

Specific reason for leaving: Promotion

| Position Title: Government Auditor | Immediate Supervisor Name: | Full-Time ✓ |
| --- | --- | --- |
| Employer: Pattillo, Brown, & Hill | TODD PRUITT | Part-Time |
| Mailing Address: 401 W. State Hwy 6 | Title | Summer |
| City & State/ZIP: Waco, TX 76710 | SENIOR GOVERNMENTAL AUDITOR | Temp/Project |
| | Supervisor's Telephone No.: | Give average # of hours worked per week if part-time: |
| Employer's Telephone No.: AC (254) 772-4901 | | |

| Starting Date | | | Leaving Date | | | Current/ Final Salary | Technical | ☐ | AC ( ) | If supervisory, number of employees you supervised: |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Mo. | Day | Yr. | Mo. | Day | Yr. | | Non-Managerial | ☑ | | |
| 09 | 01 | 2003 | 04 | 22 | 2004 | $ 3000.00 | Supervisory/Managerial | ☐ | | |

Summary of experience including special training/skills/qualifications you have used in the performance of this job:

- Communicated with clients regarding accounting principles and regulations
- Tested client information for accuracy and maintenance of policy
- Questioned and investigated all major aspects of the government entity

Specific reason for leaving: Reduction in Force - work slow down

(0909)

| Position Title: Accounts Payable Clerk | Immediate Supervisor Name: | Full-Time | ☐ |
| --- | --- | --- | --- |
| Employer: Bell Cty. Harley-Davidson | Keeda Pfingsten | Part-Time | ☑ |
| Mailing Address: 875 W. Central Expwy | Title | Summer | ☐ |
| City & State/ZIP: Harker Heights, TX 76548 | Operations Manager | Temp/Project | ☐ |
| Employer's Telephone No.: AC (254) 680-4747 | Supervisor's Telephone No.: | Give average # of hours worked per week if part-time: |

| Starting Date | | | Leaving Date | | | Current/ Final Salary | Technical | ☐ | AC (254) 680-4747 | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Mo. | Day | Yr. | Mo. | Day | Yr. | | Non-Managerial | ☑ | If supervisory, number of employees you supervised: | |
| 05 | 01 | 2002 | 09 | 01 | 2003 | $ 720.00 | Supervisory/Managerial | ☐ | | 20 |

Summary of experience including special training/skills/qualifications you have used in the performance of this job:

- Input invoice data daily in Peachtree database
- Paid 50 vendors weekly and maintained their information
- Audited customer lists for recent activity
- Often completed daily cash deposits

Specific reason for leaving:   Found full-time job with Accounting Firm

| Position Title: Student Acq. Assistant | Immediate Supervisor Name: | Full-Time | ☐ |
| --- | --- | --- | --- |
| Employer: Townsend Memorial Library | Shiloh Fulton | Part-Time | ☑ |
| Mailing Address: 900 College Street | Title | Summer | ☐ |
| City & State/ZIP: Belton, TX 76513 | Acquisitions Assistant Manager | Temp/Project | ☐ |
| Employer's Telephone No.: AC (254) 295-2937 | Supervisor's Telephone No.: | Give average # of hours worked per week if part-time: |

| Starting Date | | | Leaving Date | | | Current/ Final Salary | Technical | ☐ | AC (254) 295-5004 | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Mo. | Day | Yr. | Mo. | Day | Yr. | | Non-Managerial | ☑ | If supervisory, number of employees you supervised: | |
| 08 | 27 | 1998 | 05 | 09 | 2003 | $ 412.00 | Supervisory/Managerial | ☐ | | 20 |

Summary of experience including special training/skills/qualifications you have used in the performance of this job:

- Logged incoming books from shipments and verified ISBN codes
- Created 3 batches weekly of $5,000 of books for librarian review to purchase (based on student recommendations)
- Assisted fellow student workers with library-wide tasks
- Closed library one night weekly without incident

Specific reason for leaving:   Student job/could not keep past graduation

(0909)

TDA_001471

 

# ADDITIONAL SCREENING QUESTIONS

NAME           <u>SANCHEZ</u>           <u>REBECCA</u>

                        (Last)                                (First)                        (Middle)

1. Do you have at least 6 years of experience in in Texas state government budgeting and accounting?      Yes

2. Do you have at least 6 years of experience in performing accounting and budget reconciliations and preparing financial statements?      Yes

3. Are you willing to travel 5% of the time?      Yes

4. Do you have experience in serving in a supervisory capacity?      Yes

5. Do you have experience in working directly with executive-level staff?      Yes

Page 226 of 264

TDA_001472

# TAB 6





| For State Agency Use Only |
|---|
| Date received _____ |
| Time received _____ |
| Received by _____ |

PRINT IN BLACK INK OR TYPE. These instructions must be followed exactly. Fill out application form completely. If questions are not applicable, enter "NA." Do not leave questions blank. Be sure to sign when completed. The State of Texas is an Equal Opportunity Employer and does not discriminate on the basis of race, color, national origin, sex, religion, age or disability in employment or the provision of services. You may make copies of this application and enter different position titles, but each copy must be signed. Resumes will not be accepted in lieu of applications, unless specifically stated in the job vacancy notice. This application becomes public record and is subject to disclosure.

With few exceptions, you have the right to request and be informed about information that the State of Texas collects about you. You are entitled to receive and review the information upon request. You also have the right to ask the state agency to correct any information that is determined to be incorrect. (Reference: Government Code, Sections 552.021, 552.023 and 559.004.)

NAME   BACON (Last)   APRIL (First)   HOLLIS (Middle)   AC (███████ (Daytime Phone)

MAILING ADDRESS   ██████ (Street)   AUSTIN (City)   TX (State)   78701 (Zip)   USA (Country)   AC ( ) ___ (Work Phone, Optional)

EMAIL ADDRESS   ██████

List any other names used if different from name on this application.   APRIL ELLEN HOLLIS (MAIDEN NAME)

| List exact title of position or type of work and location for which you wish to apply: Administrator for Financial Compliance | Job Posting Number 15-1000-1 | Closing Date Jan 16, 2015 |
|---|---|---|
| List the state agency with which you wish to apply: TEXAS DEPARTMENT OF AGRICULTURE | Do you have any relatives working for this agency? If so, list names and relationships: | |

Full-Time ☑  Part-Time ☐  Summer ☐  Temp/Project ☐  Date available for work?  Immediately

Are you at least 17 years of age?  Yes ☑  No ☐

Are you willing to work hours other than 8-5?  Yes ☑  No ☐   What days are you unable to work?  I can work all days.

Are you willing to Travel?  Yes ☑  No ☐  If yes, what percent of time?  25

Current Driver's License # (if required for position)  TX  ██████   Commercial Driver's License  Yes ☐  No ☑
(State)  (Number)

Geographic preference. (Be specific to city/area. If no preference, write "statewide.")  Austin

Have you ever been convicted of a felony or subjected to a deferred adjudication on a felony charge?  Yes ☐  No ☑
If your answer is "Yes," explain in concise detail on a separate sheet of paper, giving the dates and nature of the offense, the name and location of the court, and the disposition of the case(s). A conviction may not disqualify you, but a false statement will. Note: Some state agencies may require additional information related to convictions of misdemeanors.

EDUCATION (NOTE: Applicants may be required to provide proof of diploma, degree, transcripts, licenses, certifications, and registrations.)

High School Graduate or GED?  Yes ☑  No ☐   If yes, name and location of high school or GED institute:  Magnolia HS, Magnolia Texas

| Type of School | Name and Location of School | From Mo. | From Yr. | To Mo. | To Yr. | Date Graduated | Expected Graduation Date | Sem/Clock Hours Completed | Type of Diploma or Degree | Major/Minor Fields of Study |
|---|---|---|---|---|---|---|---|---|---|---|
| Undergraduate Colleges or Universities | Sam Houston State University, Huntsville, TX | 01 | 1977 | 12 | 1978 | Dec 1978 | | | Bachelors Degree | Radio-TV-Film/ Theatre |
| | Stephen F. Austin University, Nacogdoches, TX | 09 | 1975 | 12 | 1976 | | | | Bachelors Degree | Theatre/ English |
| | Houston Baptist University, Houston, TX | 09 | 1974 | 06 | 1975 | | | | Bachelors Degree | Theatre/ English |
| Graduate School | South Texas College of Law, Houston, TX | 08 | 1981 | 05 | 1985 | May 1985 | | | Doctoral Degree | Law |
| | | | | | | | | | | |
| Technical or Vocational Schools | Austin Police Academy | 01 | 1993 | 06 | 1993 | | | | | Peace Officer's Certification Course |
| | | | | | | | | | | |

**EXHIBIT A-7**

Page 227 of 264
TDA_001420



If a license, certificate, or other authorization is required or related to the position for which you are applying, complete the following:

| LICENSE/CERTIFICATION (P.E., R.N., Attorney, C.P.A., etc.) | Date Issued | Date Expires | Issued by/Location of Issuing Authority (State or other authority) (City & State) | License No. |
|---|---|---|---|---|
| Attorney at Law | Nov 8, 1985 | | State Bar of Texas, Austin, TX | 01493950 |

Special Training/Skills/Qualifications: List all job related training or skills you possess and machines or office equipment you can use, such as calculators, printing or graphics equipment, computer equipment, types of software and hardware. (Attach additional page, if necessary.)

Computers and peripherals such as printers, scanners, portable drives, digital cameras; Software such as Word, Excel, PowerPoint, Visio, Outlook, Access and financial software; Internet applications such as browsers, Westlaw, Lexis/Nexis; Business machines such as calculators and copy machines. Homeland security clearance for access to computer server areas. Self-motivated to learn any new technology necessary to the job. Other skills include personnel management, legal and operational research and writing, process improvement, contract administration, statutory compliance, internal controls development, financial and public integrity crime investigation, litigation, public speaking, and budget management.

Approximately how many words per minute do you type?   60

Sign Language (If required for this position)   Yes ☐   No ☑      Are you a certified interpreter?   Yes ☐   No ☑

Do you speak a language other than English? (If required for this position)   Yes ☐   No ☑
If yes, what language(s) do you speak? _____   How fluently?   Fair ☐   Good ☐   Excellent ☐

Do you write in a language other than English? (If required for this position)   Yes ☐   No ☑
If yes, which language(s) _____

Have you ever been employed by the State of Texas?   Yes ☑   No ☐   Are you currently employed by the State of Texas?   Yes ☑   No ☐

If you have been previously employed by the State of Texas, list the agency/agencies: Texas Facilities Commission. Also, I have worked as a subcontractor to consulting firms doing business with the Comptroller/LBB.

FORMER FOSTER YOUTH   (Verification may be required.)

Were you a foster youth under the Texas Department of Family and Protective Services on the day before your 18th birthday?   Yes ☐   No ☑
If yes, are you currently 25 years of age or younger?   Yes ☐   No ☐

MILITARY SERVICE  (A copy of a report of separation from the Armed Services may be required.)

Are you a veteran?   Yes ☐   No ☑   If yes, list type of discharge _____

Dates of Service (From/To): _____

Are you a surviving spouse of a veteran who has not remarried?   Yes ☐   No ☑   Are you a surviving orphan of a veteran?   Yes ☐   No ☑

If yes, complete dates of service for veteran: _____

(0909)

Page 2 of 8



## PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY AND INDICATE YOUR UNDERSTANDING AND ACCEPTANCE BY SIGNING IN THE SPACE PROVIDED

1. I certify that all the information provided by me in connection with my application, whether on this document or not, is true and complete, and I understand that any misstatement, falsification, or omission of information may be grounds for refusal to hire or, if hired, termination.

2. I understand that as a condition of employment, I will be required to provide legal proof of authorization to work in the U.S.

3. I understand that the State of Texas requires all males who are 18 through 25 and required to register with the Selective Service, to present either proof of registration or exemption from registration upon hire.

4. I understand that some state agencies will check with the Texas Department of Public Safety, the Federal Bureau of Investigation or other organizations, for any criminal history in accordance with applicable statutes.

5. I authorize any of the persons or organizations referenced in this application to give you any and all information concerning my previous employment, education, or any other information they might have, personal or otherwise, with regard to any of the subjects covered by this application, and I release all such parties from all liability from any damages which may result from furnishing such information to you.

THIS APPLICATION MUST BE SIGNED   SIGN HERE X _____ 1·21·15

Signature - Applicant    Date

# EMPLOYMENT HISTORY

This information will be the official record of your employment history and must accurately reflect all significant duties performed. Summaries of experience should clearly describe your qualifications.

1. Include ALL employment. Begin with your current or last position and work back to your first. Employment history should include each position held, even those with the same employer.

2. EMPLOYER ADDRESSES MUST BE COMPLETE MAILING ADDRESSES, INCLUDING ZIP CODE.

3. Answer all questions and completely summarize your experience including technical and managerial responsibilities and any special training, skills and qualifications for each position you have held.

If you need additional space to adequately describe your employment history, you may use this employment history sheet or attach a typed employment history providing the same information in the same format as this application form.

## Name: BACON          APRIL          HOLLIS
                Last              First            Middle

| Position Title: Director, Compliance & Asset Management | Immediate Supervisor Name: Diana Warner | Full-Time ☑ |
| Employer: Texas Facilities Commission | | Part-Time ☐ |
| Mailing Address: 1711 San Jacinto | Title | Summer ☐ |
| City & State/ZIP: Austin, TX 78701 | Chief Financial Officer | Temp/Project ☐ |
| Employer's Telephone No.: AC (512) 463-6471 | Supervisor's Telephone No.: | Give average # of hours worked per week if part-time: |

| Starting Date | | | Leaving Date | | | Current/ Final Salary | Technical ☐ | AC ( ) | |
| Mo. | Day | Yr. | Mo. | Day | Yr. | | Non-Managerial ☐ | If supervisory, number of employees you supervised: | |
| 09 | 03 | 2012 | | | | $ 8408.34 | Supervisory/Managerial ☑ | 14 | |

Summary of experience including special training/skills/qualifications you have used in the performance of this job:

Executive level manager position overseeing agency wide compliance activities and the daily operations of three program areas: Procurement, HUB, and Warehouse/Fleet. Program responsibilities include strategic planning, goal setting, and oversight of management and statutory reporting. Supervises and develops staff. Reviews agency programs for compliance with law and internal controls, making recommendations for process improvement, effective procedures, and resource management. Identifies business needs for technology enhancements and recommends solutions for in-house programming to improve business processes. Assists with coaching and personnel issues for the Finance Division. Assists budget and accounting staff with statutory compliance questions and problem-solving. Assists in the development and drafting of budget riders for the agency's bill pattern. Develops budget for assigned program areas, including research and projections for future growth. Assists in development of Exceptional Item Requests for the biennial Legislative Appropriations Request (LAR). Assists in preparation of annual budget submissions. Provides operational advice on contract compliance and administration. Develops legislation, fiscal notes, responses to internal and external audits, web content, talking points, and other materials that represent the agency's mission. Drafts and recommends policy. Participates on agency strategic steering teams. Represents agency at meetings and other events. Responds to complaints for successful customer service resolution. Position developed from prior positions held. (Compliance Manager, Director Procurement & Inventory Control.)

Specific reason for leaving:  Pursue career opportunity.

Page 230 of 264
TDA_001423

| Position Title: Consultant | | | | | | Immediate Supervisor Name: | Full-Time | ☐ |
|---|---|---|---|---|---|---|---|---|
| Employer: Self Employed | | | | | | N/A | Part-Time | ☐ |
| Mailing Address: 40 N. Interstate Hwy 35 | | | | | | Title | Summer | ☐ |
| City & State/ZIP: Austin, TX 78701 | | | | | | | Temp/Project | ☑ |
| Employer's Telephone No.: AC () | | | | | | Supervisor's Telephone No.: | Give average # of hours worked per week if part-time: | |

| Starting Date | | | Leaving Date | | | Current/ Final Salary | Technical ☐ | AC () | |
|---|---|---|---|---|---|---|---|---|---|
| Mo. | Day | Yr. | Mo. | Day | Yr. | | Non-Managerial ☑ | If supervisory, number of employees you supervised: | |
| 03 | 01 | 2000 | 09 | 03 | 2012 | | Supervisory/Managerial ☐ | | |

Summary of experience including special training/skills/qualifications you have used in the performance of this job:

Provides consulting advice in areas such as human resources, risk management, technology, purchasing, operational safety and legislative initiatives. Provides legal context for recommendations. Reviews management operations for legal compliance and opportunities for efficiency.

Specific reason for leaving: No longer pursing projects due to state employment.

| Position Title: Chief Asst. County Auditor, Statutory Compliance | | | | | | Immediate Supervisor Name: | Full-Time | ☑ |
|---|---|---|---|---|---|---|---|---|
| Employer: Travis County | | | | | | Susan Spataro | Part-Time | ☐ |
| Mailing Address: 700 Lavaca Street, Ste. 1200 | | | | | | Title | Summer | ☐ |
| City & State/ZIP: Austin, TX 78701 | | | | | | County Auditor | Temp/Project | ☐ |
| Employer's Telephone No.: AC (512) 854-9125 | | | | | | Supervisor's Telephone No.: | Give average # of hours worked per week if part-time: | |

| Starting Date | | | Leaving Date | | | Current/ Final Salary | Technical ☐ | AC (512) 854-9125 | |
|---|---|---|---|---|---|---|---|---|---|
| Mo. | Day | Yr. | Mo. | Day | Yr. | | Non-Managerial ☐ | If supervisory, number of employees you supervised: | |
| 12 | 28 | 1996 | 08 | 31 | 2012 | $ 11125.00 | Supervisory/Managerial ☑ | | |

Summary of experience including special training/skills/qualifications you have used in the performance of this job:

Legal advisor to public official (chief financial officer) advising in areas relating to enforcement of financial law and other duties of office. Responsible for executive level legal advice, strategy, research, opinion, investigation, case preparation, and litigation support. Executive management position providing operational advice to accounting and audit divisions. Interprets legal opinions to staff for implementation. Functions as business operations specialist for government business processes. Reviews policies to determine compliance with a variety of state, federal, and local laws including procurement statutes, federal labor laws, grant rules, and tax laws. Identifies problems and analyzes alternatives for legally compliant and efficient solutions. Collaborates with business analysis team on technology-based process improvements in areas such as personnel, payroll, purchasing, and disbursements. Works with executive management and staff on planning and budget. Drafts and reviews contracts for fraud and compliance issues. Responsible for legislative affairs including monitoring bills for impact on operations, drafting bills, working with legislative offices and agencies, providing fiscal notes, testifying before committees, and educating internal staff on changes to law. Manages application of FMLA, ADA, EEO, PIA, and similar programs for office. Drafts policy and procedure for personnel management and fiscal areas. Advises on employment issues. Represents office on internal and external committees, task forces, and projects at state and local level. Presents complex information to staff and stakeholders, prepares and delivers training, speeches, and responds to media inquiries. Progressive responsibility from contract compliance auditor to chief of statutory compliance.

Specific reason for leaving: Seeking new career opportunities.

(0909)

| Position Title: Asst. Chief Deputy, Law Enforcement Division | Immediate Supervisor Name: | Full-Time ☑ |
| | Alvin Shaw | Part-Time ☐ |
| Employer: Travis County | Title | Summer ☐ |
| Mailing Address: 501 W. 11th Street, Ste. 3,700 | Chief Deputy | Temp/Project ☐ |
| City & State/ZIP: Austin, TX 78701 | Supervisor's Telephone No.: | Give average # of hours worked per week if part-time: |
| Employer's Telephone No.: AC (512) 854-9770 | | |

| Starting Date | | | Leaving Date | | | Current/ Final Salary | Technical ☐ | AC ( ) |
|---|---|---|---|---|---|---|---|---|
| Mo. | Day | Yr. | Mo. | Day | Yr. | | Non-Managerial ☐ | If supervisory, number of employees you supervised: |
| 12 | 01 | 1992 | 12 | 28 | 1996 | $ 5346.42 | Supervisory/Managerial ☑ | 300 |

Summary of experience including special training/skills/qualifications you have used in the performance of this job:

Executive operational responsibility for a 300-employee law enforcement division with three tiers of supervisory and managerial staff and a $10 million budget. Duties included operations management, strategic planning, organizational change management, budget development, policies and procedure development and implementation, contract development and compliance, performance measurement, staffing, facilities operations, and operational strategies/program development in areas such as officer fitness testing, complaint resolution, and crime reduction. Areas managed included training academy, patrol, criminal investigations, victims services, crime lab, warrants, and S.W.A.T. Responsible for training, speeches, and other internal and external outreach services. Provided executive level direction and legal advice to human resource department including development of policies, procedures, sworn personnel compensation system, and employee evaluation tools. Provided organization wide services to 1100 civil service and at-will employees in the areas of program design and development, civil service issue negotiation and resolution, employment law issues, risk management and litigation oversight. Advised on internal affairs investigations. Provided legal advice to deputies on criminal law. Drafted search warrants and other legal documents. Drafted, monitored, and testified on legislation. Responded to public information requests. Trained peace officer (certification now inactive).

Specific reason for leaving:    Offered opportunity for professional advancement.

| Position Title: Assistant District Attorney | Immediate Supervisor Name: | Full-Time ☑ |
| | Terry Keel | Part-Time ☐ |
| Employer: Travis County | Title | Summer ☐ |
| Mailing Address: 509 W. 11th Street | Assistant District Attorney | Temp/Project ☐ |
| City & State/ZIP: Austin, TX 78701 | Supervisor's Telephone No.: | Give average # of hours worked per week if part-time: |
| Employer's Telephone No.: AC (512) 854-9400 | | |

| Starting Date | | | Leaving Date | | | Current/ Final Salary | Technical ☐ | AC ( ) |
|---|---|---|---|---|---|---|---|---|
| Mo. | Day | Yr. | Mo. | Day | Yr. | | Non-Managerial ☑ | If supervisory, number of employees you supervised: |
| 06 | 28 | 1989 | 12 | 01 | 1992 | $ 4560.44 | Supervisory/Managerial ☐ | |

Summary of experience including special training/skills/qualifications you have used in the performance of this job:

Responsible for investigation, advice, and litigation of felony offenses including contract fraud, insurance fraud, and other complex cases. Negotiated and litigated civil and criminal case dispositions. Drafted pleadings and other legal documents. Briefed and argued appellate cases. Advised businesses of appropriate internal control measures to reduce risk of victimization. Assigned to the following divisions: trial court, grand jury, public integrity, insurance fraud, and white-collar fraud including non-profit and charitable organizations. Assigned to Austin Police Department Repeat Offender Program providing training and field advice to officers, as well as maintaining the civil forfeiture. Public speaker to area law enforcement agencies.

Specific reason for leaving:    Offered opportunity for professional advancement.

| Position Title: Assistant County Attorney | | | | | | | | Immediate Supervisor Name: | Full-Time ☑ |
|---|---|---|---|---|---|---|---|---|---|
| Employer: Travis County | | | | | | | | David Puryear | Part-Time ☐ |
| Mailing Address: 314 W. 11th Street | | | | | | | | Title | Summer ☐ |
| City & State/ZIP: Austin, TX 78701 | | | | | | | | Assistant County Attorney | Temp/Project ☐ |
| Employer's Telephone No.: AC (512) 854-9415 | | | | | | | | Supervisor's Telephone No.: | Give average # of hours worked per week if part-time: |

| Starting Date | | | Leaving Date | | | Current/ Final Salary | Technical ☐ | AC () | |
|---|---|---|---|---|---|---|---|---|---|
| Mo. | Day | Yr. | Mo. | Day | Yr. | | Non-Managerial ☐ | If supervisory, number of employees you supervised: | |
| 11 | 25 | 1985 | 06 | 26 | 1989 | $ 3750.92 | Supervisory/Managerial ☑ | 4 | |

Summary of experience including special training/skills/qualifications you have used in the performance of this job:

Responsible for investigation, advice, and litigation of misdemeanor offenses including DWI, theft, fraud, and weapons charges. Reviewed charges for case filing. Advised police on evidentiary standards. Negotiated and litigated criminal case dispositions. Drafted pleadings and other legal documents. Supervisory duties as Chief of Court included employee oversight, docket management, public speaking, task force assignments, and monitoring/drafting legislation. Developed pilot program for assisting victims of domestic violence with protective orders. Litigated protective order cases from initial temporary ex parte order to final protective order. Researched, briefed, and advised victims on related law.

Specific reason for leaving: Advancement. [Jobs before 1985 provided upon request.]

| Position Title: | | | | | | | | Immediate Supervisor Name: | Full-Time ☐ |
|---|---|---|---|---|---|---|---|---|---|
| Employer: | | | | | | | | | Part-Time ☐ |
| Mailing Address: | | | | | | | | Title | Summer ☐ |
| City & State/ZIP: | | | | | | | | | Temp/Project ☐ |
| Employer's Telephone No.: AC( ) | | | | | | | | Supervisor's Telephone No.: | Give average # of hours worked per week if part-time: |

| Starting Date | | | Leaving Date | | | Current/ Final Salary | Technical ☐ | AC ( ) | |
|---|---|---|---|---|---|---|---|---|---|
| Mo. | Day | Yr. | Mo. | Day | Yr. | | Non-Managerial ☐ | If supervisory, number of employees you supervised: | |
| | | | | | | | Supervisory/Managerial ☐ | | |

Summary of experience including special training/skills/qualifications you have used in the performance of this job:

Specific reason for leaving:

Page 233 of 264
TDA_001426

## ADDITIONAL SCREENING QUESTIONS

NAME _____BACON_____ _____APRIL_____ _____
                    (Last)                      (First)          (Middle)

1. Do you have at least 8 years of experience in government program management?    Yes

2. Do you have at least 8 years of experience in in senior level management of financial compliance programs?    Yes

3. Do you have experience in working directly with and presenting financial information to executive level management?    Yes

4. Do you have experience in serving in a supervisory capacity?    Yes

5. Are you willing to travel 5% of the time?    Yes

# TAB 7

| Skill | Latting | Sanchez[1] |
|---|---|---|
| Management Experience | 15 years, including management experience at DPS[2], Health and Human Services, and Secretary of State prior to 3 years at TDA, extensive experience with facilitation of purchases and contracts 3 years of state contract & product management Dell Computers | Two months at TFC |
| Accounting/Finance Experience | 29 years at a variety of private and public agencies, including TDA, DPS, HH&S, Secretary of State, and University of Texas, Dell Computer; Adjunct Professor at Austin Community College instructing Intro to Accounting I and Quickbooks 2 years. | 10 years at TFC as construction accountant, seven months as private sector government auditor, 16 months as private sector accounts payable clerk |
| Purchasing Experience, 40% of finance's time in spent on purchasing | National certification as Public Purchasing Buyer, with required courses and national certification, six years at UT managing the accounting department including purchases and finance | None prior to TDA |
| Budget Management Experience | 2010 Graduate of Texas Fiscal Officer's Academy, 12 years experience responding to fiscal notes from Texas Legislature, years experience at DPS, SOS, HHSC, TDA preparing Agency Legislative Appropriation Request and Managing budgets up to $24 billion with many methods of finance as well as budget & forecasting of staff of 14 plus | None |
| Software | USAS, Word, Excel, Access, Powepoint, Outlook, Peoplesoft, USAS, Quickbooks Pro Systems, RIA Research, DEFINE Accounting SW, Lotus Notes, Quickbooks, Quicken, and customized systems | Word, Excel, Outlook, Adobe, GFAS, USAS, USPS, ABEST |
| | | |
| | | |

[1] Based on the Application for Employment created on January 16, 2015
[2] "DPS" is Department of Public Safety; "TDA" is Texas Department of Agriculture; "HH&S" is Health & Human Services; "SOS" is Secretary of State; "HHSC" is Health and Human Services Commission

# EXHIBIT A-8

# TAB 8

| Skill | Latting | Bacon[3] |
|---|---|---|
| Degrees Earned | Associates Degree in Business Administration and Senior Accounting, Bachelors in Business Management | Bachelors Degree in Theatre, Juris Doctorate Degree |
| Financial Certifications | Certified Public Purchasing Buyer, Graduate of Texas Fiscal Officer's Academy | None. |
| Government Management Experience | 15 years, including management experience at DPS, Health and Human Services, and Secretary of State prior to 3 years at TDA, extensive experience with facilitation of purchases and contracts 3 years at Dell Computers managing state and federal government contracts | 3 years at TFC, 6 years at Travis County as Chief Asst. County Auditor, 4 years at Travis County Law Enforcement Division |
| | | |

[3] Based on the Application for Employment completed on January 16, 2015

**EXHIBIT A-9**

# TAB 9



TEXAS DEPARTMENT OF AGRICULTURE

POSITION DESCRIPTION

## ADMINISTRATOR FOR BUDGET & ACCOUNTING

CLASSIFICATION TITLE: Director I      SALARY GROUP: B26
CLASSIFICATION NO: 1620        FLSA: Exempt

**JOB OBJECTIVE:** Perform advanced (senior-level) managerial work overseeing the daily operations and activities of the agency's budget and accounting functions. Work involves establishing goals and objectives; developing guidelines, procedures and rules; developing schedules, priorities and standards for achieving established goals in budget and accounting; coordinating and evaluating program activities; and developing and evaluating budget requests. Work under minimal supervision with extensive latitude for the use of initiative and independent judgment.

**ESSENTIAL DUTIES:**
1. Direct the accounting and budget areas and activities
2. Review, prepare and analyze monthly, quarterly and annual status of funds and expenditures.
3. Oversee the preparation of the agency's monthly and annual financial statements and reports.
4. Audit budget and accounting records for accuracy and conformance to established standards.
5. Provide budget and accounting advice and assistance to operating managers and identify ways to best utilize funds.
6. Review, manage and analyze bond and grant project funds and expenditures and identify ways to best utilize funds.
7. Review financial and operating budget reports and identify funding challenges.
8. Prepare agency budget and the biennial legislative appropriation requests (LAR).
9. Plan procedures and regulations to control the disbursement of allocated funds.
10. Prepare and maintain accounting records on expenditures and revenue collected, the posting of journals and the posting of encumbrances.
11. Establish goals and objectives; develop and approve schedules, priorities and standards for achieving goals; and direct evaluation activities.
12. Develop guidelines, procedures and rules; and monitor compliance with policies and procedures.
13. Evaluate and identify areas of needed change; and recommend improvements.
14. Prepare or oversee the preparation of financial reports, forms, documents, analyses and studies.
15. Develop and review legislation affecting the agency and/or the management of funds.
16. Represent the agency at meetings, hearings, conferences and seminars or on boards, panels and committees.
17. Plan, assign and supervise financial services staff.
18. Mentor and develop staff to improve skills, competencies and performance.
19. Adhere to established work schedule with regular attendance.
20. Follow all TDA safety guidelines/procedures and ethics requirements.

**NON-ESSENTIAL DUTIES:**
21. Assist in the coordination of special activities and projects, as needed.
22. Perform other duties as assigned.

**QUALIFICATIONS/REQUIREMENTS:**
- Graduation from an accredited four-year college or university with a degree in accounting, finance or related field;
- Minimum five years of senior level experience in state government budgeting and accounting;
- Minimum six years of experience performing accounting and budget reconciliations and preparing financial statements;
- Valid Texas driver's license and an acceptable driving record;
- Required to travel up to 5% of the work period;
- Bachelor's or Master's degree in accounting, preferred; and
- Experience in public finance accounting, preferred.

# EXHIBIT B-2

Filled by: Rebecca Sanchez
Position # 31  Class # 1620  Division: Financial Services
Computer Location: S:/HR/Jobdescriptions/Financial Services/31-1620-Sanchez.doc

Date Revised: 02/01/2015
Record Retentions US+FE+4yrs
Page 158 of 264
TDA_001464  Destroy:

 

Page 2
ADMINISTRATOR FOR BUDGET & ACCOUNTING
CLASSIFICATION TITLE: Director I
CLASSIFICATION NO: 1620

SALARY GROUP: B26
FLSA: Exempt

## KNOWLEDGE, SKILLS AND ABILITIES:

- Working knowledge of grant/contract/public finance/budget/accounting processes and procedures;
- Working knowledge of Generally Accepted Accounting Principles;
- Knowledge of the Uniform Statewide Personnel System (USPS), the Uniform Statewide Accounting System (USAS) and the Automated Budget and Evaluation System of Texas (ABEST), to include the state performance measure process and the ABEST/USAS reconciliation process;
- Skill in developing agency budgets and financial reports accurately and timely;
- Effective verbal and written communication, human relations and organizational skills;
- Skill in providing customer service excellence to both internal and external customers;
- Skill in operating a personal computer with word processing, database and spreadsheet software efficiently and accurately;
- Excellent problem solving and critical thinking skills;
- Strong math aptitude and strong attention to detail;
- Ability to interpret policies, procedures and regulations;
- Demonstrated ability to communicate complex information and concepts clearly, concisely, and effectively to a variety of audiences;
- Ability to perform research and report accurate information to others;
- Ability to accept critiques and to rework assigned tasks as directed;
- Ability to work in a setting requiring leadership, self-motivation/cooperative decision-making and to work effectively with diverse groups of people;
- Ability to work effectively under pressure and meet strict deadlines while maintaining extreme attention to detail;
- Ability to adapt successfully and quickly to change and deliver quality results in a timely manner;
- Ability to handle multiple projects and deadline pressures with tact and diplomacy;
- Ability to plan, organize and work independently, as well as within a team environment;
- Ability to analyze problems, evaluate alternatives, and recommend effective solutions;
- Ability to learn new skills as needed without formal training.
- Ability to exercise sound judgment and discretion;
- Ability to maintain the highest level of confidentiality;
- Knowledge of legislative processes, preferred;
- Knowledge of local, state and federal laws relating to program areas, preferred.

**ENVIRONMENT/PHYSICAL CONDITIONS:** Normal office work environment, mostly sedentary in nature. May involve walking; standing; pulling and pushing; kneeling, stooping and bending; and safely lifting and carrying items weighing up to 30 pounds. Physical requirements also include the ability to perform tasks requiring fine motor skills and coordination. This position will have exposure to dust, environmental allergens, pathogens, and other microorganisms consistent with business activities and human contact. The position holder must be able to communicate effectively with persons at varying locations and environments, must be able to work extended periods at a computer, and must be able to work longer than eight hours in a workday as necessary. May operate a State motor vehicle in order to perform essential functions. May involve travel, occasionally overnight.

SUPERVISOR SIGNATURE _Deana Warner_ DATE _5/13/15_

EMPLOYEE SIGNATURE _____ DATE _5-13-2015_

Filled by: Rebecca Sanchez
Position # 31     Class # 1620     Division: Financial Services
Computer Location: S:/HR/Jobdescriptions/Financial Services/31-1620-Sanchez.doc

Date Revised: 02/01/2015
Record Retention: US+FE+4yrs
Destroy:

TDA_001465

TAB 10

COMMISSIONER
SID MILLER

TEXAS DEPARTMENT OF AGRICULTURE

## POSITION DESCRIPTION

## ADMINISTRATOR FOR BUDGET & ACCOUNTING

CLASSIFICATION TITLE: Director III
CLASSIFICATION NO: 1622

SALARY GROUP: B28
FLSA: Exempt

**JOB OBJECTIVE:** Perform highly advanced (senior-level) managerial work overseeing the daily operations and activities of the agency's budget, payroll and accounting functions. Work involves establishing goals and objectives; developing guidelines, procedures and rules; developing schedules, priorities and standards for achieving established goals in budget and accounting; coordinating and evaluating program activities; and developing and evaluating budget requests. Work under minimal supervision with extensive latitude for the use of initiative and independent judgment.

**ESSENTIAL DUTIES:**
1. Direct the accounting, payroll, and budget areas and activities
2. Review, prepare and analyze monthly, quarterly and annual status of funds and expenditures.
3. Oversee the preparation of the agency's monthly and annual financial statements and reports.
4. Audit budget and accounting records for accuracy and conformance to established standards.
5. Provide budget and accounting advice and assistance to operating managers and identify ways to best utilize funds.
6. Review, manage and analyze bond and grant project funds and expenditures and identify ways to best utilize funds.
7. Review financial and operating budget reports and identify funding challenges.
8. Prepare agency budget and the biennial legislative appropriation requests (LAR).
9. Plan procedures and regulations to control the disbursement of allocated funds.
10. Prepare and maintain accounting records on expenditures and revenue collected, the posting of journals and the posting of encumbrances.
11. Establish goals and objectives; develop and approve schedules, priorities and standards for achieving goals; and direct evaluation activities.
12. Develop guidelines, procedures and rules; and monitor compliance with policies and procedures.
13. Evaluate and identify areas of needed change; and recommend improvements.
14. Prepare or oversee the preparation of financial reports, forms, documents, analyses and studies.
15. Develop and review legislation affecting the agency and/or the management of funds.
16. Represent the agency at meetings, hearings, conferences and seminars or on boards, panels and committees.
17. Plan, assign and supervise financial services staff.
18. Mentor and develop staff to improve skills, competencies and performance.
19. Adhere to established work schedule with regular attendance.
20. Follow all TDA safety guidelines/procedures and ethics requirements.

**NON-ESSENTIAL DUTIES:**
21. Assist in the coordination of special activities and projects, as needed.
22. Perform other duties as assigned.

**QUALIFICATIONS/REQUIREMENTS:**
- Graduation from an accredited four-year college or university with a degree in accounting, finance or related field;
- Minimum six years of senior level experience in state government budgeting and accounting;
- Minimum seven years of experience performing accounting and budget reconciliations and preparing financial statements;
- Valid Texas driver's license and an acceptable driving record;
- Required to travel up to 5% of the work period;
- Bachelor's or Master's degree in accounting, preferred; and
- Experience in public finance accounting, preferred.

## EXHIBIT B-3

Filled by: Rebecca Sanchez
Position # 31     Class # 1622     Division: Financial Services
Computer Location: S:/HR/Jobdescriptions/Financial Services/31-1622-Sanchez.doc

Effective Date: 05/01/2015
Record Retention: US+FE+4yrs
Page 160 of 264
Destroy:
TDA_001462

 

Page 2
ADMINISTRATOR FOR BUDGET & ACCOUNTING
CLASSIFICATION TITLE: Director III
CLASSIFICATION NO: 1622

SALARY GROUP: B28
FLSA: Exempt

## KNOWLEDGE, SKILLS AND ABILITIES:

- Working knowledge of grant/contract/public finance/budget/accounting processes and procedures;
- Working knowledge of Generally Accepted Accounting Principles;
- Knowledge of the Uniform Statewide Personnel System (USPS), the Uniform Statewide Accounting System (USAS) and the Automated Budget and Evaluation System of Texas (ABEST), to include the state performance measure process and the ABEST/USAS reconciliation process;
- Skill in developing agency budgets and financial reports accurately and timely;
- Effective verbal and written communication, human relations and organizational skills;
- Skill in providing customer service excellence to both internal and external customers;
- Skill in operating a personal computer with word processing, database and spreadsheet software efficiently and accurately;
- Excellent problem solving and critical thinking skills;
- Strong math aptitude and strong attention to detail;
- Ability to interpret policies, procedures and regulations;
- Demonstrated ability to communicate complex information and concepts clearly, concisely, and effectively to a variety of audiences;
- Ability to perform research and report accurate information to others;
- Ability to accept critiques and to rework assigned tasks as directed;
- Ability to work in a setting requiring leadership, self-motivation/cooperative decision-making and to work effectively with diverse groups of people;
- Ability to work effectively under pressure and meet strict deadlines while maintaining extreme attention to detail;
- Ability to adapt successfully and quickly to change and deliver quality results in a timely manner;
- Ability to handle multiple projects and deadline pressures with tact and diplomacy;
- Ability to plan, organize and work independently, as well as within a team environment;
- Ability to analyze problems, evaluate alternatives, and recommend effective solutions;
- Ability to learn new skills as needed without formal training.
- Ability to exercise sound judgment and discretion;
- Ability to maintain the highest level of confidentiality;
- Knowledge of legislative processes, preferred;
- Knowledge of local, state and federal laws relating to program areas, preferred;

**ENVIRONMENT/PHYSICAL CONDITIONS:** Normal office work environment, mostly sedentary in nature. May involve walking; standing; pulling and pushing; kneeling, stooping and bending; and safely lifting and carrying items weighing up to 30 pounds. Physical requirements also include the ability to perform tasks requiring fine motor skills and coordination. This position will have exposure to dust, environmental allergens, pathogens, and other microorganisms consistent with business activities and human contact. The position holder must be able to communicate effectively with persons at varying locations and environments, must be able to work extended periods at a computer, and must be able to work longer than eight hours in a workday as necessary. May operate a State motor vehicle in order to perform essential functions. May involve travel, occasionally overnight.

*The above statements are not a complete list of all responsibilities, duties and skills held or performed by employees in this job. Employee may perform other related duties as assigned.*

SUPERVISOR SIGNATURE ___Diane Warm___ DATE _5/13/15_

EMPLOYEE SIGNATURE _____ DATE _5-13-2015_

Filled by: Rebecca Sanchez
Position # 31    Class # 1622    Division: Financial Services
Computer Location: S:/HR/Jobdescriptions/Financial Services/31-1622-Sanchez.doc

Effective Date: 03/01/2015
Record Retention: US+FE 4yrs
Destroy:

TDA_001463

# TAB 11

TEXAS DEPARTMENT OF AGRICULTURE

POSITION DESCRIPTION

ADMINISTRATOR FOR FINANCIAL COMPLIANCE

**CLASSIFICATION TITLE:** Director III
**CLASSIFICATION NO:** 1622

**SALARY GROUP: B28**
**FLSA:** Exempt

**JOB OBJECTIVE:** Perform highly advanced (senior-level) managerial work providing compliance direction and guidance in strategic operations for multiple program areas. Work involves establishing goals, strategies and objectives; developing policies and procedures; prioritizing and evaluating work; and approving budgets. Plan, organize, coordinate and manage the compliance function as it relates to agency operations. Assist in the analysis, evaluation, design and management of internal controls within the agency to assure compliance with applicable laws and regulations. Plan, assign and supervises the work of others. Work under minimal supervision of the Chief Financial Officer with extensive latitude for the use of initiative and independent judgment.

**ESSENTIAL DUTIES:**
1. Oversee the day-to-day operations of Purchasing, HUB and Grants.
2. Mentor and develop staff to improve skills, competencies and performance.
3. Develop, review and approve program area budgets and expenditures.
4. Develop strategic initiatives for assigned program areas consistent with agency strategic plans.
5. Provide direction, guidance and operational assistance to program areas agency wide with emphasis on compliance with law and mitigation of risk.
6. Prepare, review and approve statutory and management reports.
7. Monitor compliance with law and procedure affecting program areas.
8. Develop, implement, maintain and revise policies and procedures.
9. Establish program goals and objectives; develop and approve priorities and standards for achieving goals; and manage evaluation activities.
10. Monitor, review, recommend and coordinate implementation of legislation affecting agency finances; and may work with staff in responding to legislative requests for fiscal notes or other information.
11. Conduct financial compliance and policy research relating to the daily operations of the agency; and oversee special program analyses, evaluations and research studies relating to agency finances and business functions.
12. Identify potential areas of compliance vulnerability and risk; and develop corrective actions plans and work with staff on implementation.
13. Plan, develop, coordinate and organize process analysis and improvement activities to ensure financial processes and procedures are efficient and consistent with regulations, professional standards, best practices and agency policies.
14. Manage special projects, program analyses, enforcement functions, strategic planning and audit oversight assignments.
15. Represent the agency at meetings, on committees, before the legislature and other gatherings.
16. Adheres to established work schedule with regular attendance.
17. Follows all TDA safety guidelines/procedures and ethics requirements.

**NON-ESSENTIAL DUTIES:**
18. Perform other duties as assigned.

**QUALIFICATIONS/REQUIREMENTS:**
* Graduation from an accredited four-year college or university in business, finance, accounting or related area of study;
* Minimum eight years of progressively responsible experience in government management;
* Minimum eight years of experience in executive level management of compliance programs;
* Valid Texas driver's license and an acceptable driving record;
* Required to travel up to 5% of the work period;
* Juris doctorate or Masters in Accounting, preferred;
* Certified Public Accountant (CPA) in good standing or State Bar license in good standing, preferred.

**EXHIBIT B-4**

-Continued-

Filled by: April Bacon
Position #384    Class # 1622    Division: Financial Services
Computer Location: S:/HR/Class/Jobdescriptions/FinancialServices/384-1622-Bacon.doc

Date Revised: 02/01/2015
Record Retention: US+FE+4yrs
Page 162 of 264    Destroy:
TDA_001418

Page 2
ADMINISTRATOR FOR FINANCIAL COMPLIANCE
CLASSIFICATION TITLE: Director III
CLASSIFICATION NO: 1622

SALARY GROUP: B28
FLSA: Exempt

## KNOWLEDGE, SKILLS AND ABILITIES:

- Thorough knowledge of local, state and federal laws, regulations and professional standards relating to government financial operations;
- Knowledge of grant/contract/procurement processes and procedures;
- Effective verbal and written communication, human relations and organizational skills;
- Skill in preparing and delivering complex correspondence, reports, presentations, policies and proposals to a variety of audiences;
- Skill in providing customer service excellence to both internal and external customers;
- Skill in operating a personal computer with word processing, database and spreadsheet software efficiently and accurately;
- Skill in reviewing operational processes for fiscal compliance and identifying solutions to improve both compliance and efficiency;
- Excellent problem solving and critical thinking skills;
- Ability to develop and interpret policies, procedures and regulations;
- Ability to perform research, analyze relevant information and report accurate information to other staff;
- Ability to accept critiques and to rework assigned tasks as directed;
- Ability to work in a setting requiring leadership/self-motivation/cooperative decision-making and to work effectively with diverse groups of people;
- Ability to handle multiple projects and deadline pressures with tact and diplomacy.
- Ability to adapt successfully and quickly to change and deliver quality results in a timely manner;
- Ability to plan, organize and work independently, as well as within a team environment;
- Ability to develop skills and performance of supervised staff to meet agency goals;
- Ability to analyze problems, evaluate alternatives and recommend effective solutions;
- Ability to exercise sound judgment and discretion;
- Ability to maintain the highest level of confidentiality;
- Knowledge of local, state and federal laws relating to program areas, preferred;
- Skill in legislative processes, preferred; and
- Skill in identifying fraud schemes and effective internal control measures, preferred.

**ENVIRONMENT/PHYSICAL CONDITIONS:** Normal office work environment, mostly sedentary in nature. May involve walking; standing; pulling and pushing; kneeling, stooping and bending; and safely lifting and carrying items weighing up to 30 pounds. Physical requirements also include the ability to perform tasks requiring fine motor skills and coordination. This position will have exposure to dust, environmental allergens, pathogens, and other microorganisms consistent with business activities and human contact. The position holder must be able to communicate effectively with persons at varying locations and environments, must be able to work extended periods at a computer, and must be able to work longer than eight hours in a workday as necessary. May operate a State motor vehicle in order to perform essential functions. May involve travel, occasionally overnight.

SUPERVISOR SIGNATURE _____ DATE 5/13/15

EMPLOYEE SIGNATURE _____ DATE 5·13·15

Filled by: April Bacon
Position #384    Class # 1622    Division: Financial Services
Computer Location: S:/HR/Class/Jobdescriptions/FinancialServices/384-1622-Bacon.doc

Date Revised: 02/01/2015
Record Retention USE 25 yrs
Page 163 of 264
TDA_001419    Destroy:

# TAB 12

COMMISSIONER
SID MILLER

## POSITION DESCRIPTION

## ADMINISTRATOR FOR FINANCIAL COMPLIANCE

CLASSIFICATION TITLE: Director V

CLASSIFICATION NO: 1624

SALARY GROUP: B31

FLSA: Exempt

**JOB OBJECTIVE:** Perform highly advanced (senior-level) managerial work providing compliance direction and guidance in strategic operations for multiple program areas. Work involves establishing goals, strategies and objectives; developing policies and procedures; prioritizing and evaluating work; and approving budgets. Plan, organize, coordinate and manage the compliance function as it relates to agency operations. Assist in the analysis, evaluation, design and management of internal controls within the agency to assure compliance with applicable laws and regulations. Plan, assign and supervises the work of others. Work under minimal supervision of the Chief Financial Officer with extensive latitude for the use of initiative and independent judgment.

## ESSENTIAL DUTIES:

1. Oversee the day-to-day operations of Purchasing, HUB and Grants, Emergency Management and Licensing.
2. Mentor and develop staff to improve skills, competencies and performance.
3. Develop, review and approve program area budgets and expenditures.
4. Develop strategic initiatives for assigned program areas consistent with agency strategic plans.
5. Provide direction, guidance and operational assistance to program areas agency wide with emphasis on compliance with law and mitigation of risk.
6. Prepare, review and approve statutory and management reports.
7. Monitor compliance with law and procedure affecting program areas.
8. Develop, implement, maintain and revise policies and procedures.
9. Establish program goals and objectives; develop and approve priorities and standards for achieving goals; and manage evaluation activities.
10. Monitor, review, recommend and coordinate implementation of legislation affecting agency finances; and may work with staff in responding to legislative requests for fiscal notes or other information.
11. ..nduct financial compliance and policy research relating to the daily operations of the agency; and oversee special program analyses, evaluations and research studies relating to agency finances and business functions.
12. Identify potential areas of compliance vulnerability and risk; and develop corrective actions plans and work with staff on implementation; oversee fraud and complaint programs.
13. Plan, develop, coordinate and organize process analysis and improvement activities to ensure financial processes and procedures are efficient and consistent with regulations, professional standards, best practices and agency policies.
14. Manage special projects, program analyses, enforcement functions, strategic planning and audit oversight assignments.
15. Represent the agency at meetings, on committees, before the legislature and other gatherings.
16. Adheres to established work schedule with regular attendance.
17. Follows all TDA safety guidelines/procedures and ethics requirements.

## NON-ESSENTIAL DUTIES:

18. Perform other duties as assigned.

## QUALIFICATIONS/REQUIREMENTS:

- Graduation from an accredited four-year college or university in business, finance, accounting or related area of study;
- Ten years of progressively responsible experience in government management;
- Ten years of experience in executive level management of compliance programs;
- Valid Texas driver's license and an acceptable driving record;
- Required to travel up to 5% of the work period;
- Juris doctorate or Masters in Accounting, preferred;
- Certified Public Accountant (CPA) in good standing or State Bar license in good standing, preferred.

# EXHIBIT B-5

-Continued-



Filled by: April Bacon
Position #384    Class # 1624    Division: Financial Services
Computer Location: S:/HR/Class/Jobdescriptions/FinancialServices/384-1624-Bacon.doc

Effective Date: 03/01/2015
Record Retention: US+FE+4yrs
TDA_001416    Destroy:

SALARY GROUP: B31
FLSA: Exempt

## KNOWLEDGE, SKILLS AND ABILITIES:

- Thorough knowledge of local, state and federal laws, regulations and professional standards relating to government financial operations;
- Knowledge of grant/contract/procurement processes and procedures;
- Effective verbal and written communication, human relations and organizational skills;
- Skill in preparing and delivering complex correspondence, reports, presentations, policies and proposals to a variety of audiences;
- Skill in providing customer service excellence to both internal and external customers;
- Skill in operating a personal computer with word processing, database and spreadsheet software efficiently and accurately;
- Skill in reviewing operational processes for fiscal compliance and identifying solutions to improve both compliance and efficiency;
- Excellent problem solving and critical thinking skills;
- Ability to develop and interpret policies, procedures and regulations;
- Ability to perform research, analyze relevant information and report accurate information to other staff;
- Ability to accept critiques and to rework assigned tasks as directed;
- Ability to work in a setting requiring leadership/self-motivation/cooperative decision-making and to work effectively with diverse groups of people;
- Ability to handle multiple projects and deadline pressures with tact and diplomacy.
- Ability to adapt successfully and quickly to change and deliver quality results in a timely manner;
- Ability to plan, organize and work independently, as well as within a team environment;
- Ability to develop skills and performance of supervised staff to meet agency goals;
- Ability to analyze problems, evaluate alternatives and recommend effective solutions;
- Ability to exercise sound judgment and discretion;
- Ability to maintain the highest level of confidentiality;
- Knowledge of local, state and federal laws relating to program areas, preferred;
- Skill in legislative processes, preferred; and
- Skill in identifying fraud schemes and effective internal control measures, preferred.

**ENVIRONMENT/PHYSICAL CONDITIONS:** Normal office work environment, mostly sedentary in nature. May involve walking; standing; pulling and pushing; kneeling, stooping and bending; and safely lifting and carrying items weighing up to 30 pounds. Physical requirements also include the ability to perform tasks requiring fine motor skills and coordination. This position will have exposure to dust, environmental allergens, pathogens, and other microorganisms consistent with business activities and human contact. The position holder must be able to communicate effectively with persons at varying locations and environments, must be able to work extended periods at a computer, and must be able to work longer than eight hours in a workday as necessary. May operate a State motor vehicle in order to perform essential functions. May involve travel, occasionally overnight.

*The above statements are not a complete list of all responsibilities, duties and skills held or performed by employees in this job. Employee may perform other related duties as assigned.*

SUPERVISOR SIGNATURE _Diana Wa____ DATE _5/13/15_

EMPLOYEE SIGNATURE _____ DATE _5·13·15_

Filled by: April Bacon
Position #384    Class # 1624    Division: Financial Services
Computer Location: S:/HR/Class/Jobdescriptions/FinancialServices/384-1624-Bacon.doc

Effective Date: 03/01/2015
Record Retention: US+FE+4yrs
Page 165 of 264troy:
TDA_001417